EXHIBIT A

# Health Benefits - Summary Plan Description *(Revised effective January 1, 2025)*

*Note: This section includes information about the benefits provided to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. Specifically, this section contains an overview (also referred to here as a summary plan description (SPD)) – of important information regarding the benefit described. Every effort has been made to make the information as complete and accurate as possible. However, the plan is fully detailed in a separate legal document, and that document, not this summary, determines your rights and benefits under the plan. Together, this section and the section entitled Additional Information constitute the SPD for The Eli Lilly and Company Health Plan.*

## The Eli Lilly and Company Health Plan

Lilly recognizes that health benefits for yourself and your family are some of the benefits you value most. Lilly also recognizes the growing importance of offering a range of choices that will accommodate the needs of a diverse workforce. To meet your health care needs, the company maintains The Eli Lilly and Company Health Plan. The plan provides all eligible individuals, including eligible employees, dependents, and surviving dependents of deceased employees, with medical, prescription drug, dental, and vision coverage. In addition, the company provides eligible individuals with coverage for a variety of wellness programs (e.g., certain mental health benefits provided through Lyra Health) as described below. The plan is administered by the Employee Benefits Committee.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation.*** ***Eli Lilly and Company. All rights reserved.*** (

# Table of Contents


Health Benefits - Summary Plan Description ..... 1
- How to Use This Explanation ..... 1
- Coverage Summary ..... 1
- Annual/Lifetime Limits ..... 3
- Medical Necessity ..... 3
- What Is Not Covered ..... 4

Eligibility and Coverage ..... 4
- Eligibility ..... 4
- When Coverage Begins ..... 6
- Changing Elections During the Plan Year ..... 6
- Newborn and Adopted Dependent Children ..... 7
- Families with Two Eligible Employees (Active or Retired) ..... 7
- Qualified Medical Child Support Order (QMCSO) Procedures ..... 7
- Employees on Long-Term Disability Leave ..... 7
- When Coverage Ends ..... 9
- Retiree Medical Benefits ..... 10
- Coverage for Survivors of Deceased Eligible Employees ..... 11
- Special Rules under the Family and Medical Leave Act of 1993 (FMLA) ..... 13
- Special Rules for Military Service ..... 13

Election of Medical Benefit Options ..... 14
- Benefit Elections by New Participants ..... 14
- Annual Benefit Elections ..... 14
- Failure to Elect ..... 14

High Deductible Health Plan Options ..... 14
- Provider Network ..... 14
- Continuation of Care ..... 15
- Pre-Certification and Application of Medical Policies ..... 15
- Mental Health and Substance Use Disorder Benefits ..... 16
- Imaging Management ..... 17
- Sleep Management ..... 17
- How Much Does Coverage Cost ..... 17
- Deductibles ..... 17
- Lilly Contribution ..... 18
- Coinsurance ..... 18


***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation.* ***Eli Lilly and Company. All rights reserved.***

Out-of-Pocket Maximum ... 18
Well-Being Benefits ... 21
Care Management ... 21
Claims ... 21

No Surprises Act and Provider Transparency ... 23

Dental Benefits ... 25
Benefits Coverage ... 26
Orthodontia ... 26
Temporomandibular Joint Disease (TMJ) ... 26
Drugs Prescribed by a Dentist ... 26
Effect of Other Group Dental Benefits Coverage ... 27
Claims ... 27

Vision Benefits ... 27

Prescription Drug Benefits ... 27
High Deductible Health Plan Options ... 27
General Information on Your Prescription Drug Benefit ... 28
Plan Exclusions for Prescription Drug Benefits ... 29

Plan Administration ... 30
Employee Benefits Committee ... 30
Coordination of Benefits ... 30
Coordination of Medical Coverage with Medicare ... 32
Subrogation ... 32
Right of Recovery ... 33
Funding of Plan Benefits ... 33
ERISA Rights and Specific Information ... 34
Claims Determination and Review ... 34
Amendment and Termination of Plan ... 37
COBRA Continuation Coverage ... 37
Premium Assistance Under Medicaid and the Children's Health Insurance Program (CHIP) ... 40
Attachment A - Pre-Certification Requirements ... 45

APPENDIX TO HEALTH BENEFITS ... 53
I. Schedule of Medical Benefits Under the HRA Option ... 54
II. Schedule of Medical Benefits Under the HSA Option ... 62
III. Preventive Care Benefit ... 70
IV. Vision Benefit ... 71
V. Additional Description of Medical Benefits ... 74
VI. Health Benefit Exclusions and Limitations ... 81

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation.* *Eli Lilly and Company. All rights reserved.*

# Health Benefits - Summary Plan Description

## How to Use This Explanation

This explanation is the "summary plan description" required by the Employee Retirement Income Security Act of 1974, as amended (ERISA), and provides an overview of the terms of and benefits provided under The Eli Lilly and Company Health Plan (Lilly Health Plan or plan). The plan is an employee welfare plan, providing a self-insured program of medical, dental, and prescription drug benefits and a fully-insured vision benefit to participants and their beneficiaries. While every effort has been made to make the information here as complete and accurate as possible, the plan is fully detailed in a separate legal document. In the event of any inconsistencies between this summary and the plan document, the terms of the plan document will control. Because health care is a complicated subject, this explanation contains many details. If you have any questions, please contact the Lilly Benefits Center at (800) 472-4720.

**Employees may be eligible for benefits through one of Lilly's high-deductible plan options that is paired with either a health reimbursement account (HRA option or HRA) or health savings account (HSA option or HSA). Prescription drug coverage is currently included with each medical plan option. In addition, eligible participants also may elect dental and/or vision coverage for an additional cost.**

## Coverage Summary

| Details | HRA Option | HSA Option |
|---|---|---|
| **Annual deductible**<br><br>You pay most expenses at 100% (except eligible preventive care expenses) until meeting the deductible. | Employee only $1,850<br>Employee + 1 $2,775<br>Employee + 2 or more $3,700 | Employee only $1,650<br>Employee + 1 or more $3,300 |
| **Lilly's contribution**<br>(for HRA and HSA options) | Employee only $1,000<br>Employee + 1 $1,500<br>Employee + 2 or more $2,000 | Employee only $800<br>Employee + 1 or more $1,600 |
| **Your contribution** | You cannot contribute to your HRA account. | Employee only up to $3,500<br>Employee + 1 or more lives, up to $6,950<br><br>Total contribution (individual and company) cannot exceed $4,300 for Employee only coverage and $8,550 for Employee + 1 or more coverage. Those age 55 or older can contribute an additional $1,000. |

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation.* *Eli Lilly and Company. All rights reserved.*

Lilly

| | | |
|---|---|---|
| **Your annual deductible minus Lilly's contribution** | Employee only $850<br>Employee + 1 $1,275<br>Employee + 2 or more $1,700 | Employee only $850<br>Employee + 1 or more $1,700 |
| **Coinsurance**<br>The percentage the plan pays for eligible expenses after deductible. This includes in-network prescription drug expenses for the HRA and HSA options.* | Generally, the plan pays:<br>-90% of eligible, in-network expenses<br>-70% of eligible, out-of-network expenses, subject to maximum allowable costs. | Generally, the plan pays:<br>-80% of eligible, in-network expenses<br>-60% of eligible, out-of-network expenses, subject to maximum allowable costs. |
| **Coinsurance: preventive medical care services** | Eligible in-network preventive care is covered at 100 percent. | Eligible in-network preventive care is covered at 100 percent. |
| **Coinsurance: preventive medicines** | Eligible medicines are covered at 90 percent before you meet your deductible; the 10 percent you pay does not count toward your deductible but does count toward your out-of-pocket maximum. | Eligible medicines are covered at 80 percent before you meet your deductible; the 20 percent you pay does not count toward your deductible but does count toward your out-of-pocket maximum. |
| **Out-of-pocket maximum**<br>100 percent of eligible expenses are paid after reaching the annual out-of-pocket maximum amount.**<br><br>If you cover any dependents, you have an annual family out-of-pocket maximum and each dependent has an individual out-of-pocket maximum.<br>Money spent on the individual maximum counts toward the family maximum. | Fixed amount based on your annualized base pay and number of dependents covered. | Fixed amount based on your annualized base pay and number of dependents covered. |

** The plan, in general, pays the percentages shown above of the allowable amount. Please refer to the Schedule of Medical Benefits below for additional detail. Participants are responsible for charges that exceed the allowable amount for out-of-network expenses.*

*** HRA/HSA dollars used for eligible expenses count toward your out-of-pocket maximum.*

****NOTE: For new participants in the HRA option, the annual deductible and Lilly contribution are prorated based on coverage start date. For new participants in the HSA option, the Lilly contribution is prorated, but the annual deductible is not prorated. In order to receive the Lilly HSA contribution, you must provide all necessary documentation timely for an account to be opened with the company-designated financial institution.*

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

Lilly

| Dental Benefits | |
|---|---|
| **Network** | Dental Complete PPO Network |
| **Deductible** | $0 |
| **Annual Maximum** | $2,000 per person |
| **Orthodontia** | 50% ($2,000 lifetime maximum per person and separate from the annual dental per person maximum) |
| **Plan Pays** | • Preventive care—100%*<br>• Minor Restorative—80%*<br>• Major Restorative—50%*<br><br>*Out-of-network expenses are subject to allowable amount limits; no reduction in coinsurance percentage when using out-of-network providers. |
| **Pre-approval** | None required, may be advisable for major items. |
| **Claims Administrator** | Anthem |

| Vision Benefits | |
|---|---|
| **Network** | Blue View Vision PPO Network |
| **Deductible** | $0 |
| **Plan Pays** | See Section IV of the Appendix for coverage |
| **Pre-approval** | None required |
| **Claims Administrator** | Anthem |

## Annual/Lifetime Limits

Consistent with applicable law, the plan's medical and prescription drug benefits do not include annual or lifetime dollar limits for "essential health benefits", as defined under the Patient Protection and Affordable Care Act (Affordable Care Act). The plan administrator will determine whether a benefit constitutes an "essential health benefit" under the terms of the plan and applicable law.

## Medical Necessity

Under the terms of the plan, a medical expense is not eligible for coverage under the plan unless the service or supply is medically necessary. Services or supplies provided by a physician, hospital, or other health care provider or facility are medically necessary to the extent they are necessary in diagnosing or treating you or your covered dependent's illness or injury in accordance with approved medical standards that are reviewed regularly by qualified physicians. The plan administrator determines medical necessity. In addition, any charges for items or services that are determined by the plan administrator to be investigational or experimental will not be eligible for coverage under the plan.

***Note:*** ***The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

### What Is Not Covered

Certain services and expenses are not covered by the plan. They are described in the Appendix section entitled *Health Benefit Exclusions and Limitations* below. In addition, other limitations on the plan's medical, dental, vision, mental health, and prescription drug benefits also are described herein. All references to coverage amounts in this summary refer only to those expenses that are eligible for reimbursement; ineligible expenses are not reimbursed by the plan.

## Eligibility and Coverage

### Eligibility

If you are an eligible employee, you will be eligible to begin coverage under the plan after completing one hour of employment. An "eligible employee" is an individual who is a full-time or part-time employee of the company who is regularly scheduled to work 20 or more hours per week and five months per year, and who is not a temporary or special status employee. For purposes of the plan and this summary, "company" means Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, Lilly Lebanon Advanced Therapies LLC, and any other Lilly entity approved by its Board of Directors or Employee Benefits Committee to participate. The term "eligible employee" also includes employees on or who become eligible for long-term disability leave for up to 36 months, and those designated by the company as fixed duration employees or on an employer-sponsored educational leave.

Your eligible dependents are:

1. your spouse (unless you are divorced or legally separated) or domestic partner (as defined by the plan)
2. a person under 26 years of age who is:
    - your natural or legally adopted child;
    - a child placed with you for adoption or for whom an order has been made giving custody to you for the purpose of adoption for as long as there is placement;
    - a stepchild;
    - a child of your domestic partner, including a child adopted by your domestic partner or a child placed for adoption with your domestic partner, provided that in each instance, your domestic partner has elected coverage;
    - with special approval from the plan administrator or its designee, any other child for whom you or your spouse or domestic partner is legal guardian and, in the instance of the child of your domestic partner, your domestic partner has elected coverage;
    - an alternate recipient under a qualified medical child support order (QMCSO)
3. your unmarried child 26 years of age or older who is incapable of earning his own living but only if: (i) the child is a person with a mental disability who is approved for disability benefits by the U.S. Social Security Administration or physical disability (as determined annually by the plan administrator, in its sole discretion, through individual review and approval, and excluding substance use); (ii) medical evidence of the child's incapacity is furnished by you that is satisfactory to the plan administrator within the 12 months prior to age 26 (or in the case of a child whose incapacity commences within the ninety (90) day period prior to the child's 26th birthday, as soon as practicable after such incapacity commences); (iii) the child is actually dependent on

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

you (or on your surviving domestic partner or on your surviving spouse for the majority of his or her support); (iv) the child is covered on the day immediately preceding his or her 26th birthday; and (v) the child continues uninterrupted plan coverage after reaching age 26. Should you or your surviving spouse or domestic partner fail to elect coverage, coverage will end for such child. It is your responsibility to request the initial review prior to the dependent's 26th birthday.

You must provide all information requested by the plan administrator including, for example, a government-issued marriage certificate, a federal tax return, government-issued birth certificate, adoption placement agreement, petition for adoption, and/or adoption certificate, in the timeframe determined by the plan administrator to confirm the eligibility of any claimed dependents.

To qualify for coverage under the plan as a domestic partner, individuals must meet several criteria. These include being age 18 or older; sharing a principal residence with an eligible active employee for at least six months (and expect to do so indefinitely) and remain a member of the same household for the period of coverage; being the sole domestic partner of the eligible active employee and having been so for the at least six (6) months prior to eligibility for coverage (and expecting to do so indefinitely); being financially interdependent with such person; not being biologically related; and not being legally married nor a domestic partner of anyone other than the eligible employee. The eligible employee must not have been married or the domestic partner of anyone else during the preceding six (6) months. In addition to the completed and notarized Affidavit of Domestic Partnership available at the Lilly Benefits Center, the plan administrator may request information and documentation from you and/or your domestic partner to confirm domestic partner status (e.g., mortgage documents, leases, deeds, utility bills, statements from a joint banking account, and credit cards with the same account number for both you and your domestic partner).

If you are an eligible employee who has elected health coverage for a domestic partner, child of a domestic partner, legal ward or other person who is not considered a "dependent" on your tax return, the full value of the health coverage will be imputed as taxable income on your tax statement, reflected on your pay statement, and reported to the IRS as income.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

Lilly

## When Coverage Begins

As an eligible employee, your coverage under the plan will begin after you complete one hour of employment. Generally, your dependents are eligible to begin coverage at the same time you become covered. If you complete and deliver a group enrollment form to the plan administrator within 60 days after the day you begin coverage or incur a qualifying change in status, your eligible dependents will begin coverage on the day of your coverage or the day of the qualifying change in status. These enrollment forms do not need to include evidence of good health. If you fail to complete and deliver an enrollment form within the 60-day time frame, you will not be permitted to add that dependent until the next open enrollment period or you provide a completed enrollment form within 60 days of a subsequent qualifying change in status. However, your dependent also may be covered if you submit an enrollment form for the dependent within the calendar year of a qualifying change in status. In that event, you must have coverage at the applicable family rate or switch to coverage at the applicable family rate and pay for (1) coverage at the applicable family rate for the medical option in which you are currently enrolled from the date of the qualifying change in status; and (2) an additional and separate administrative charge of $75 per pay period for the new dependent from the date of the qualifying change in status.

Note: To ensure that you are able to participate in any of the health care options offered to eligible employees (and to allow you to change your elections for a qualifying change in status under Lilly's flexible benefit plans), you must provide all necessary paperwork within the 60-day time frame described above and pay the required premiums.

## Changing Elections During the Plan Year

Your elections under the plan, including coverage tier (i.e., employee only, employee plus one dependent, employee plus two dependents, employee plus three or more dependents) or the medical, dental and/or health plan option(s) selected, will be irrevocable for the year unless you incur a qualifying change in status as defined by the Internal Revenue Service and your requested change is consistent with your change in status. Examples of change in status events include:

- marriage or divorce
- birth or adoption of a child
- death of your spouse, dependent or domestic partner
- change in employment status for you, your spouse, domestic partner or dependent child
- any change in your child's eligible dependent status (such as if your child is no longer considered a dependent under the plan).

If you incur a qualifying change in status, you have **60 days** from the date of such change to revoke your elections for the remainder of the plan year by submitting a new enrollment form setting forth any new elections that are consistent with your change in status. If you fail to notify the plan of a qualified change in status within the 60-day notice period that would result in the number of lives covered being reduced, you will not be entitled to any refund of premiums. Benefits administration will determine whether you have incurred a qualifying change in status and satisfy other requirements, taking into account applicable laws and regulations and rulings of the Internal Revenue Service.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

## Newborn and Adopted Dependent Children

If you complete and deliver a group enrollment form to the plan administrator within **60 days from the date of birth** (if a natural-born child) or from the date a child is "legally adopted," coverage for that dependent will begin as of the date of birth or legal adoption. A child is considered "legally adopted" as of the date the child has been legally placed with you for the purpose of adoption and you are legally obligated to provide total or partial support for the child.

## Families with Two Eligible Employees (Active or Retired)

If both you and your spouse or domestic partner are eligible employees, certain special rules apply.

- Children of eligible employees can only be covered under one family member's election. If one of the eligible employees waives coverage and becomes a dependent of the other eligible employee who elects medical coverage under this plan, the out-of-pocket maximum is tied to the employee electing coverage.
- If both eligible employees select their own coverage either through the same or different medical plan options, there will be no combination of claims for the purpose of meeting deductibles and out-of-pocket maximums.

## Qualified Medical Child Support Order (QMCSO) Procedures

If the plan receives a court order requiring the plan to provide health coverage for your child, the plan administrator will follow the order only if it determines that the order is a QMCSO. Within a reasonable period of time after the plan receives the order, the plan administrator will notify you and each child named in the order, in writing, of the determination. If the order is determined to be a QMCSO, children for whom you are financially responsible under the QMCSO will become covered as dependents as of the first date to which the QMCSO applies.

## Employees on Long-Term Disability Leave

The monthly premium for coverage of an eligible employee on long-term disability leave (LTD) and any covered dependents remains at active employee rates until the earlier of (i) thirty-six (36) months; (ii) the date on which the disabled employee became eligible for Medicare; or (iii) the date on which payment of the disabled employee's benefit commences under The Lilly Retirement Plan. Thereafter, the employee receiving LTD may be eligible for coverage under The Eli Lilly and Company Retiree Health Plan (Retiree Health Plan).

For purposes of calculating the out-of-pocket maximum of an employee on LTD, the annualized base pay of an employee on LTD is determined as of October 1 of the calendar year prior to approval for LTD benefits, and shall remain the same during the remainder of that calendar year. For any subsequent years that such individual remains an employee on LTD, the annualized base pay will be calculated based on such person's most recent base pay rate at 100% prior to approved leave benefits. This out-of-pocket maximum applies until the earlier of (i) thirty-six (36) months from the time an eligible employee became an employee on LTD; (ii) the date that the employee on LTD becomes eligible for Medicare; or (iii) the date on which payment of the disabled employee's benefit commences under The Lilly Retirement Plan.

Beginning January 1, 2016, an employee on LTD must elect coverage for himself and all eligible dependents during the open enrollment period before he or any of his dependents he wishes to cover reaches the earlier of Medicare eligibility or age 65 to be eligible for future coverage under the Retiree Health Plan.

Effective January 1, 2015, an employee on LTD must elect coverage for himself and all eligible dependents in the plan prior to the earlier of the date the employee on LTD reaches age 65 or becomes eligible for Medicare; otherwise, such dependents will not be eligible for future coverage.

If a dependent becomes age 65 or eligible for Medicare and declines coverage, the employee on LTD may still elect coverage for himself and other dependents at a future time if neither the employee on LTD nor such other dependents have reached age 65 or become eligible for Medicare.

Should the employee on LTD not enroll prior to the earliest of age 65 or becoming eligible for Medicare, neither the employee on LTD nor any of his dependents will be eligible for future plan coverage. Should any of the employee on LTD's dependents not enroll, they will not be eligible for future plan coverage.

**An employee on LTD and his dependents must notify the plan administrator when becoming eligible for benefits under Medicare. Failing to notify the plan administrator can result in the termination of coverage. In addition, the employee may be responsible for any charges mistakenly paid by the plan after the employee became Medicare-eligible.**

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.**

## When Coverage Ends

Except as provided below, your coverage ends on the earliest to occur of the following dates:

1. the first day of any period of coverage for which you fail to make timely payment for your portion of the cost of the coverage
2. the date you are no longer an eligible employee
3. the date of a qualifying status change provided you submit an election to terminate your coverage to the plan administrator through the Lilly Benefits Center within 60 days of the qualifying change in status
4. the last day of the month you leave employment and are eligible for coverage under the Retiree Health Plan
5. the earlier of (a) thirty-six (36) months from the date an eligible employee became an employee on LTD or (b) the date on which an employee on LTD becomes eligible for Medicare
6. the date of your death
7. the effective date of an amendment to the plan that excludes you from coverage or the date as of which the plan is terminated.

Except as provided below, your dependent's coverage ends on the earliest to occur of the following dates:

1. the first day of any period of coverage for which you fail to make timely payment for your portion of the cost of the dependent's coverage
2. the date as of which the dependent is no longer a dependent under the plan (in the case of a dependent turning age 26, coverage ends on the last day of the birth month)
3. the effective date of an amendment to the plan that excludes the dependent from coverage or the date on which the plan is terminated
4. the date your coverage ends, unless your dependent is eligible for survivor coverage
5. in the case of a dependent enrolled pursuant to a QMCSO, the date that the order expires
6. the date of a qualifying status change provided you submit an election to terminate your dependent's coverage to the plan administrator through the Lilly Benefits Center within 60 days of the qualifying change in status.

If you have a dependent covered by a QMCSO, you cannot elect to terminate that dependent's coverage under the plan in contradiction of the terms of the QMCSO.

If you leave the company or if plan coverage ends for certain other reasons, you may continue coverage temporarily, at your expense, in accordance with the federal law known as COBRA (Consolidated Omnibus Budget Reconciliation Act of 1985). Your dependents also will be entitled to continue their coverage under certain circumstances. If you elect COBRA coverage and you or any of your dependents are or will be Medicare eligible or age 65 prior to the next open enrollment period, coverage under the Retiree Health Plan will not be available to you or your dependents in the future.

If you or one of your dependents is receiving hospital inpatient care on the day coverage would otherwise terminate, that coverage will continue until the end of the hospital inpatient confinement or three months, whichever is less, so long as you continue to pay your portion of the cost of coverage (if any).

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

An eligible employee who is granted a leave of absence of 90 days or less will continue coverage under the plan. The plan coverage of an eligible employee who is granted a leave of absence of more than 90 days will terminate as of the first day of the leave, other than employer-sponsored educational leave, unless the plan is required to continue coverage under the Family and Medical Leave Act of 1993.

(See *Special Rules for Family and Medical Leave*.) In certain circumstances where coverage under the plan would otherwise terminate, including some of the circumstances described in this section, former eligible employees and dependents may continue coverage, at their own cost, in accordance with COBRA.

For additional information, see COBRA Continuation Coverage within this document or visit the LillyNow website.

## Retiree Medical Benefits

Lilly offers medical benefits to eligible retirees and their eligible survivors. If you become eligible to retire, you and your eligible dependents may currently participate in the plan's retiree medical options.

### Non-Medicare-Eligible Coverage

Under the current Retiree Health Plan, non-Medicare-eligible retirees, and their non-Medicare-eligible dependents may elect one of two high-deductible plan options (i.e., high deductible health plan option with either a health savings account (HSA) or a health reimbursement account (HRA)). Each option currently includes prescription drug coverage. Non-Medicare-eligible retirees also may be eligible for dental and/or vision coverage.

### Medicare-Eligible Coverage

Covered retirees and their eligible covered dependents who become eligible for Medicare (typically upon reaching age 65) may choose from a range of medical, prescription drug, dental, and vision plan options from leading national and regional insurance companies through a private Medicare-supplement marketplace. Lilly currently provides financial support to eligible retirees through a Medicare health reimbursement arrangement to assist in the cost of coverage.

### Special Note for Eligible Employees Planning to Retire

For eligible employees planning to retire, if you or one of your dependents will be eligible for Medicare or reach age 65 before you retire, you and all your dependents you wish to cover must each enroll in the Lilly Health Plan during the open enrollment period in the year prior to your retirement. If an employee is not enrolled in the Lilly Health Plan and is Medicare-eligible or age 65 at the time of retirement, the employee and his dependents will not be eligible for retiree medical coverage at retirement or in the future. In addition, if you have any dependents you wish to cover who are Medicare-eligible or at least age 65, you must all be enrolled when you retire or they will not be eligible for retiree medical coverage in the future (even if you are not Medicare-eligible or age 65). You and your dependents also are ineligible for dental or vision coverage if you and/or your dependents are not enrolled in non-Medicare-eligible medical coverage under the plan.

***Note:*** ***The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

Lilly

To avoid a possible gap in medical coverage, if you or one of your dependents will be eligible for Medicare before you retire, you should submit an intent to retire via the Lilly Benefits Center website as early as possible up to 90 days before the planned retirement date. If an eligible employee is not able to indicate his intent to retire within the timeframe described above, the eligible employee should contact the Lilly Benefits Center at (800) 472-4720 immediately upon retirement to help ensure they and their dependents can enroll in medical coverage through Willis Towers Watson's Via Benefits.

If a retiree elects COBRA coverage and she or any of her dependents she wishes to cover are or will be Medicare eligible or age 65 prior to the next open enrollment period, coverage under the Retiree Health Plan will not be available for such individuals in the future.

## Coverage for Survivors of Deceased Eligible Employees

Survivors of deceased eligible employees must be enrolled in coverage under the plan at the time of your death to be able to continue coverage at active monthly premium rates under the following circumstances:

### For Deaths Occurring On or After January 1, 2015

If you have at least five (5) years of service under The Lilly Retirement Plan with Lilly at the time of your death and you are an active employee at the time of your death, your eligible dependents are automatically enrolled in their existing plan coverage as follows:

- In general, active employee options and rates apply until the earlier of thirty-six (36) months after your death, Medicare eligibility or age 65. As part of the survivor coverage, your surviving dependents are eligible for coverage at no cost until the earlier of six (6) months or until coverage otherwise ends.
- If you are retirement eligible at the time of your death, your survivors are eligible for retiree health coverage through the Eli Lilly and Company Retiree Health Plan (Retiree Health Plan) after ending coverage as a survivor of a deceased eligible employee.
- Your survivor would be eligible for COBRA when no longer eligible for Lilly coverage.

If you are enrolled in an active employee option under the Lilly Health Plan and have at least five (5) years of service under The Lilly Retirement Plan with Lilly at the time of your death and you are an employee on LTD at the time of your death, your eligible dependents are automatically enrolled in their existing plan coverage as follows:

- In general, active employee options and rates apply until the earlier of thirty-six (36) months after your death (less any period of continued coverage you received after becoming an employee on LTD), Medicare eligibility or age 65, or the date on which payment of your benefit commences under The Lilly Retirement Plan. As part of the survivor coverage, your surviving dependents are eligible for coverage at no cost until the earlier of six (6) months or until coverage otherwise ends under the plan.
- If your survivor's plan coverage continues for less than 36 months, your survivor will be eligible for the remainder of the 36 months' survivor period through the Retiree Health Plan options available to non-Medicare-eligible retirees at the applicable non-Medicare-eligible rates under the defined dollar benefit arrangement (or until coverage otherwise ends).

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

- If you are retirement eligible at the time of your death, your survivors are eligible for retiree health coverage in the Retiree Health Plan after ending coverage as a survivor of a deceased eligible employee.
- Your survivor would be eligible for COBRA when no longer eligible for Lilly coverage.

**For Deaths Occurring From January 1, 2010 Through December 31, 2014**

If you have at least fifteen (15) years of service under The Lilly Retirement Plan with Lilly at the time of your death as either an active employee or an employee on LTD, your eligible dependents are automatically enrolled in their existing plan coverage as follows:

- In general, active employee options and rates apply until the earlier of thirty-six (36) months after your death, Medicare eligibility or age 65. As part of the survivor coverage, your surviving dependents are eligible for coverage at no cost until the earlier of six (6) months or until coverage otherwise ends under the plan.
- Thereafter, coverage is available through the Retiree Health Plan options available to non-Medicare-eligible retirees at the applicable non-Medicare-eligible rates under the defined dollar benefit arrangement generally until Medicare eligible or age 65.
- If you are retirement eligible at the time of your death, your survivors are eligible for retiree health coverage in the Retiree Health Plan after ending coverage as a survivor of a deceased eligible employee.
- Your survivor would be eligible for COBRA when no longer eligible for Lilly coverage.

**Additional Information For Survivors of Employees**

In general for all survivors, and except as otherwise described herein, surviving spouse coverage may continue unless the surviving spouse ends coverage. Similarly, surviving domestic partner coverage may continue unless the domestic partner ends coverage. Once coverage ends, the survivors are not permitted to reenroll. Coverage will continue for each dependent as long as the dependent is an eligible dependent under the terms of the plan, for example, until your dependents reach age 26, which is the general age limit for eligible surviving dependents. Legal wards and dependents covered as a result of a QMCSO are not eligible for survivor coverage. Should you or your surviving spouse or domestic partner fail to elect coverage, coverage will automatically end for a child over the age of 26 who is otherwise eligible for dependent status on the grounds of mental or physical disability or mentally incapacitated and approved for disability benefits by the U.S. Social Security Administration. If you are an eligible employee, your surviving spouse must have been married to you for at least one year at the time of your death, not legally separated from you, and enrolled in the plan at the time of your death to receive survivor benefits under the plan. Your surviving domestic partner must have been your domestic partner for at least one year at the time of your death and enrolled in the plan at the time of your death to receive survivor benefits under the plan. Any period of time a domestic partner was an eligible dependent prior to becoming a spouse counts toward the one year requirement. Survivors of an eligible employee or an employee on LTD are ineligible to enroll in the HSA option after your death.

If you do not meet the age and service requirements listed above when you die, your eligible surviving dependents will be offered the opportunity to continue coverage under COBRA. If your eligible survivors elect COBRA, they will receive that coverage at no cost for up to six months, and will be required to pay the applicable premium for any remaining COBRA period.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

A survivor and his dependents must notify the plan administrator when becoming eligible for benefits under Medicare. Failing to notify the plan administrator can result in the termination of coverage. In addition, the survivor may be responsible for any charges mistakenly paid by the plan after the employee became Medicare-eligible.

## Special Rules under the Family and Medical Leave Act of 1993 (FMLA)

For purposes of the plan, you will be deemed to be an employee in current employment if you are on a leave under the FMLA. Your coverage under the plan will not terminate while you are on a leave under the FMLA, provided that you elect to continue coverage and pay your required employee contribution during the leave. For purposes of continuation coverage under COBRA, a reduction in hours caused by a leave under the FMLA is not a qualifying event that gives rise to a right to choose continuation coverage because such leave does not result in a loss of coverage. If your coverage terminates during a leave under the FMLA and you return to work after the leave, the plan will reinstate your coverage effective as of the date you return to work.

For additional information, see the Time Off and Leaves section within the U.S. Employee Handbook or visit the LillyNow website.

## Special Rules for Military Service

Employees on active military duty, except reservists on active duty for less than thirty (30) days, are entitled to comprehensive medical coverage under a federal governmental program known as "TRICARE/CHAMPUS." If you prefer to receive coverage identical to that provided under Lilly through the high deductible health plan options, you may elect COBRA-like continuation coverage for a period of up to twenty-four (24) months, but would be required to pay the full cost of such coverage plus a two-percent administrative charge (those on leave less than thirty-one (31) days are entitled to such coverage at no cost.)

Lilly will provide your eligible dependents continued health coverage under the Lilly Health Plan with your current medical plan coverage at the time your military leave begins. All features of your eligible dependent's coverage apply, including covered services and benefits, deductibles, and required contributions.

You will pay for your health care coverage at employee rates consistent with your work schedule prior to activation at the coverage tier applicable to your covered dependents (not including you) at the time your military leave begins. For example, if you are currently paying at a coverage tier of employee plus two dependents before your military leave begins, you will pay at employee plus one dependent during your military leave.

If you terminate employment due to military service covered by the Uniformed Services Employment and Reemployment Rights Act and are subsequently re-employed by Lilly, you will immediately resume coverage under the plan as if you had never left.

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

## Election of Medical Benefit Options

If you are an eligible employee, you may elect, for each year, one of the plan's alternative high deductible health plan options to provide your medical benefits.

### Benefit Elections by New Participants

On or before the date you are hired, the plan administrator will provide you, as an eligible employee, with an enrollment form. When you receive the form, you will also receive this document and cost information regarding each option. You will need to select the option you elect. To be effective, your election must be completed within the appropriate time period specified by the plan administrator. Should you take no action, you will be automatically enrolled in the HRA option once you become eligible for coverage.

### Annual Benefit Elections

During the open enrollment period before the beginning of each year, the plan administrator will provide you with a description of the election process, an election form, cost information, and data regarding each option, so you may make an election at any time during open enrollment. The election then becomes effective as of the first day of the next year provided that your election is made during the open enrollment period specified by the plan administrator.

### Failure to Elect

If you fail to make an election during the open enrollment period, the plan administrator will make an election for you. You may not change your election of an option except during open enrollment periods unless you have a qualifying change in status.

## High Deductible Health Plan Options

### Provider Network

The Blue Cross Blue Shield Provider Network is made up of a network of providers that have agreed by contract to accept certain fees for the services they provide. The fee is typically less than the allowable charge of an indemnity plan. Network providers agree not to charge any fees above the agreed upon contracted amount. You will be required to pay any applicable coinsurance amounts.

Because there is some limit to the cost that providers can charge for medical services through the network, you and the plan save money. Your coinsurance responsibility is based on the contracted allowable amount agreed upon by Anthem and the provider. You are not responsible for charges above this amount while enrolled under the available options if you use providers that are in the network (in-network providers).

***Note:* *The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

If you have a provider that is not in network, you still may see that provider, but the coverage amount is reduced by 20 percent (except for eligible emergency and behavioral health services), and the additional amount is your responsibility. If the provider is not in network, you also may be responsible for expenses above the allowable amounts or any disallowed amounts that can result in significant additional costs. This is a standard practice in the insurance industry.

Keep in mind that not all treatments by a physician or licensed medical practitioner are necessarily covered by the plan. All treatments and procedures as well as experimental and investigational treatments are reviewed to determine eligibility and the amount of any coverage. As a result, you may want to contact Anthem prior to starting any lengthy or unusual treatments or procedures to determine what will and will not be covered.

## Continuation of Care

If your in-network provider leaves the Blue Cross Blue Shield Provider Network for any reason other than termination for cause, retirement, or death, and you are in active treatment, you may be able to continue seeing that provider and still get in-network benefits until treatment is complete, or for 90 days, whichever is shorter.

Active treatment includes an ongoing course of treatment for a life-threatening condition, for a serious acute condition (e.g., chemotherapy, radiation therapy, and post-operative visits), for pregnancy and through the postpartum period, and for a health condition for which the physician or healthcare provider attests that discontinuing care by the current physician or provider would worsen your condition or interfere with anticipated outcomes. An ongoing course of treatment includes treatments for mental health and substance use disorders.

In these cases, if you wish to continue seeing the same provider, you should contact Anthem Member Services at 1 866-814-3739 for details and to request a Continuation of Care review.

## Pre-Certification and Application of Medical Policies

Certain pre-certification requirements apply. The benefit of pre-certification is to ensure the service being requested is an eligible service for reimbursement under your health plan option. In general, Blue Cross Blue Shield providers are aware of precertification requirements for the plan and are familiar with the process. Not all services require pre-certification. A list of services requiring pre-certification are included for your reference (see Attachment A below). This list may be amended from time to time. Those services requiring pre-certification include all inpatient medical and mental health and substance use disorder admissions, other outpatient and surgical services, diagnostic testing, durable medical equipment and prosthetics, radiation therapy and radiology services, gender affirming surgery, human organ and bone marrow/stem cell transplants, and out of network referrals.

If medical services are provided in the Anthem Midwest region (i.e., Indiana, Ohio, Kentucky), pre-certification is the responsibility of the Blue Cross Blue Shield in-network providers. Should the Blue Cross Blue Shield in-network provider not obtain a required pre-certification, the provider will be subject to a financial penalty. You will not be responsible for additional amounts if the provider does not obtain pre-certification.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

If medical services are provided in the Anthem Midwest region and performed by an out-of-network provider, inpatient services must be pre-certified, the same as if the services were performed by in-network providers. **You are responsible to ensure that the provider's pre-certification is obtained for any inpatient admission.** If pre-certification is not obtained before an inpatient admission and the admission is determined not eligible for reimbursement, you are responsible for the cost of those services. If any services are performed without a pre-certification or do not meet medical necessity criteria, you are responsible for the cost of the services.

Outside the Midwest region, the provider may obtain pre-certification on your behalf; however, **pre-certification outside the Anthem Midwest region is your responsibility**. If pre-certification is not obtained before an inpatient admission and the admission is determined not eligible for reimbursement, you are responsible for the cost of those services.

In addition, all medical services are subject to Anthem Medical Policies designated by the plan administrator for use (currently referred to as “National Accounts") (not a specific state or local account). There could be a discrepancy between services that are allowed under the national account and those services allowed under the other medical policies. As a result, you should contact Anthem at the number on the back of your medical card before receiving services to ensure benefit coverage will be approved.

The pre-certification process is simple. The process is initiated by a phone call to Anthem's pre-certification department. The phone number is listed on the back of your medical ID card. You should always show your medical ID card to your doctor at the time services are being provided. This assists the doctor's office with having the most current information about the plan.

## Mental Health and Substance Use Disorder Benefits

You and your eligible dependents are eligible to receive certain mental health and substance use disorder benefits. The plan's eligible mental health and substance use disorder benefits are provided subject to a deductible. Specifically, the plan pays for eligible expenses resulting from inpatient or outpatient treatment of a mental illness. In addition, the plan pays for eligible expenses resulting from chemical dependency, applied behavioral analysis (ABA) services, and hospitalization for the treatment of a mental illness of an eligible employee or covered dependent, including eligible room and board and ancillary charges, provided such expenses are incurred in connection with treatment by a mental health professional (as defined in the plan).

In addition, the company offers eligible employees an employee assistance program, as described below.

For additional information regarding summary of the exclusions and limitations of coverage, see the Appendix section in this summary plan description.

Note: Pre-authorization is required for hospitalizations and residential care.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

Lilly

## Imaging Management

The plan has implemented an imaging management program to ensure that you and your family receive appropriate diagnostic imaging procedures that are safe and affordable. The program includes a review of selected diagnostic imaging procedures (see Attachment A below) in conjunction with providers to ensure you are receiving appropriate and clinically necessary procedures. When pre-approved for an imaging service, the facility where a provider has placed the order will be evaluated. If there are quality facilities nearby that offer the same service for a significantly lower cost, you may be contacted to make them aware of the alternative option.

## Sleep Management

The plan has implemented a sleep management program. The program is designed to ensure that physicians are making informed decisions about the cost and quality of sleep-related care. If you require sleep testing, depending on the medical condition, you may be asked to complete a sleep study at home. In addition, the sleep management program includes quarterly monitoring of the usage of sleep-related supplies. Ongoing approval of supplies is, in part, dependent on your compliance with your doctor's treatment plan. Doctors and/or sleep equipment suppliers must receive approval for any new sleep testing, therapy equipment and supplies by calling the sleep management number on the back of your medical ID card. This program does not apply to individuals who are receiving benefits from Medicare.

## How Much Does Coverage Cost

The company pays the majority of the cost for your medical and/or dental coverage. You must pay the remaining portion--the employee premium. For certain types of services, you are responsible for paying a deductible as well as coinsurance for costs over the deductible until reaching the annual out-of-pocket maximum amount. You are responsible for any amounts over the allowable amount or disallowed amounts and these amounts are not included in the annual out-of-pocket maximum amount.

## Deductibles

The amount you must pay each calendar year before becoming eligible for reimbursement of eligible medical expenses is considered the "deductible." Certain preventive medical services are payable at 100% prior to reaching the deductible.

Under both the HRA and HSA options, you are responsible for the full cost of all non-preventive health care expenses, including prescription drugs, until you satisfy your deductible.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

## Lilly Contribution

Lilly makes an annual contribution to your HRA or HSA. This amount varies based upon the option chosen and the number of dependents on coverage. The HRA contribution is automatically applied to eligible medical and prescription drug expenses. You decide when to use the HSA contribution to pay eligible medical and prescription drug expenses.

For the HRA, you will forfeit any remaining dollars in the account once you terminate coverage or should the HRA option no longer be available to you. For the HSA, any remaining balance belongs to you.

## Coinsurance

The cost-sharing between you and the Lilly Health Plan is known as coinsurance (after you meet your applicable annual deductible). If your coinsurance expenses reach your out-of-pocket maximum, the plan will pay 100 percent for further eligible medical expenses. Note: after you have met your annual deductible, the plan pays 100 percent of eligible expenses for services provided through an approved Centers of Excellence Program described below (i.e., coinsurance is inapplicable).

## Out-of-Pocket Maximum

Eligible expenses are those expenses for which payment is provided under the plan, provided that such expenses are (a) incurred in connection with an illness or injury, (b) only if and to the extent they are medically necessary, and (c) do not exceed the allowable amount. Expenses that would otherwise be eligible expenses are not covered under the plan if they are recovered or recoverable from a third party.

The allowable amount, with respect to medical services and supplies covered under the plan, is equal generally to the contracted rate for in-network services. For out-of-network services, the allowable amount is equal generally to approximately three hundred percent of the applicable Medicare rates for out-of-network services designated as professional by the plan administrator or an amount determined through an external data source in effect at the time the service was rendered for other non-network services or charges, not to exceed the actual amount billed to the participant. The allowable amount is calculated consistent with applicable requirements under the No Surprises Act (see “Your Rights and Protections Against Surprise Medical Bills” below), including those amounts payable for out-of-network emergency facilities and air ambulance services and out-of-network medical services performed at an in-network facility. If Medicare is the primary payor, the allowable amount is the Medicare-negotiated amount.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

**High Deductible Health Plan Option (HRA option)**

For employees in the HRA option, the individual and family out-of-pocket maximums are fixed dollar amounts shown below based on your elected coverage (i.e., employee, employee plus one dependent, employee plus two dependents or employee plus three or more dependents) and your annualized base pay (as of the later of October 1 of the prior calendar year or your date of hire). If you provide coverage for one or more family members, you will have an annual family out-of-pocket maximum amount, just like today. In addition, each family member will also have an individual annual out-of-pocket maximum amount. The individual out-of-pocket maximum amounts count toward the overall family out-of-pocket maximum. Once a family member reaches his individual annual out-of-pocket maximum, 100 percent of his eligible medical expenses are paid—even if the family out-of-pocket maximum has not been met. Once the annual family out-of-pocket maximum is met, eligible expenses for your family are paid at 100 percent.

Amounts paid toward your deductible and for coinsurance (including amounts paid from the annual Lilly contribution to an HRA account) count toward the out-of-pocket maximum; premiums and any amounts paid over the allowable amount do not count toward the out-of-pocket maximum.

The out-of-pocket maximum amounts shown below include Lilly's contribution to an HRA account (made annually to eligible employees). Because that amount is used first to cover eligible expenses, your actual out-of-pocket expense is the amount shown minus Lilly's contribution to your HRA account ($1,000 for employee only; $1,500 for employee plus one dependent; and $2,000 for employee plus two or more dependents).

| Annualized Base Pay | HRA Plan Option Coverage Tier | Out-of-Pocket Maximum (Individual) | Out-of-Pocket Maximum (Family) |
|---|---|---|---|
| $10,000 - $50,000 | Employee only | $3,500 | $3,500 |
| | Employee + 1 dependent | $3,500 | $5,000 |
| | Employee + 2 or more dependents | $3,500 | $5,500 |
| $50,001 - $75,000 | Employee only | $4,500 | $4,500 |
| | Employee + 1 dependent | $4,500 | $7,000 |
| | Employee + 2 or more dependents | $4,500 | $7,500 |
| $75,001 - $100,000 | Employee only | $5,500 | $5,500 |
| | Employee + 1 dependent | $5,500 | $9,000 |
| | Employee + 2 or more dependents | $5,500 | $9,500 |
| $100,001 - $150,000 | Employee only | $6,500 | $6,500 |
| | Employee + 1 dependent | $6,500 | $11,000 |
| | Employee + 2 or more dependents | $6,500 | $11,500 |
| $150,001 and greater | Employee only | $7,500 | $7,500 |
| | Employee + 1 dependent | $7,500 | $13,000 |
| | Employee + 2 or more dependents | $7,500 | $13,500 |

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

### High Deductible Health Plan Option (HSA option)

For employees in the HSA option, the individual and family out-of-pocket maximums are fixed dollar amounts shown below based on your elected coverage (single or family) and your annualized base pay (as of the later of October 1 of the prior calendar year or your date of hire). If you are enrolled in Medicare, you may not enroll in the HSA option. Survivors of an eligible employee or an employee on LTD are ineligible to enroll in the HSA option after your death. If you provide coverage for one or more family members, you will have an annual family out-of-pocket maximum amount, just like today. In addition, each family member will also have an individual annual out-of-pocket maximum amount. The individual out-of-pocket maximum amounts count toward the overall family out-of-pocket maximum. Once a family member reaches her individual annual out-of-pocket maximum, 100 percent of her eligible medical expenses are paid—even if the family out-of-pocket maximum has not been met. Once the annual family out-of-pocket maximum is met, eligible expenses for your family are paid at 100 percent.

Under the HSA option, amounts paid toward the deductible and for coinsurance (including amounts paid from your HSA for eligible expenses) count toward the out-of-pocket maximum; premiums and any amounts paid over the allowable amount do not count toward the out-of-pocket maximum.

The out-of-pocket maximum amounts shown below include Lilly's contribution to your HSA account. Lilly's contribution to your HSA account will be made annually provided you have timely completed all necessary documentation. Should you use that amount toward eligible expenses, your actual out-of-pocket expense is the amount shown minus Lilly's contribution to your HSA account ($800 for employee only; $1,600 for employee plus one or more dependents).

| Annualized Base Pay | HSA Plan Option Coverage Tier | Out-of-Pocket Maximum (Individual) | Out-of-Pocket Maximum (Family) |
|---|---|---|---|
| $10,000 - $50,000 | Employee only | $3,300 | $3,300 |
| | Employee + 1 or more dependents | $3,300 | $5,100 |
| $50,001 - $75,000 | Employee only | $4,300 | $4,300 |
| | Employee + 1 or more dependents | $4,300 | $7,100 |
| $75,001 - $100,000 | Employee only | $5,300 | $5,300 |
| | Employee + 1 or more dependents | $5,300 | $9,100 |
| $100,001 - $150,000 | Employee only | $6,300 | $6,300 |
| | Employee + 1 or more dependents | $6,300 | $11,100 |
| $150,001 and greater | Employee only | $7,300 | $7,300 |
| | Employee + 1 or more dependents | $7,300 | $13,100 |

***Note:*** ***The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

## Well-Being Benefits

### Mental Health Offerings

Eligible employees and their eligible dependents may receive ten (10) in-person or virtual mental health therapy or coaching sessions per year through Lyra Health, under the company's employee assistance program, at no additional cost. Such visits do not require enrollment in a medical benefit option under the plan.

If you are enrolled in the Lilly Health Plan, you may continue your Lyra Health clinical treatment above the ten (10) no-cost session limit or participate in medication management services. These services are subject to deductibles and in-network coinsurance. For further information, contact the Lyra Care Navigator Team at (877) 320-8984 or visit lilly.lyrahealth.com.

### Other Wellness Offerings

Well-being assessments to measure health risk factors, tools to promote healthy eating and exercise, and resources through myBestLife are available to eligible employees to manage overall well-being.

## Care Management

In case you or a dependent has a serious or extended sickness, you may find it helpful to consult with a health care representative for assistance in making the best use of your available health care resources under your health plan option. The health care representatives are familiar with plan benefits and with health care services available to you. Health care representatives are generally available during regular business hours Monday through Friday. In addition, a number of care management programs may be available to eligible participants, including programs that target chronic health conditions.

## Claims

1. Time Requirements for Claims

**The plan administrator must receive your claim within 12 months (365 days) after the date of service.**

Coordinated claims (involving more than one group insurance company) take more time, so prompt submission of your claims and bills is encouraged.

If a claim has been denied for additional information, the requested information must be received within the longer of 12 months (365 days) from the date of service or 90 days from the date the claim was pended and additional information requested.

2. Filing Claims

When you use an in-network provider, your provider will bill the claims administrator for the services received. The claims administrator will process the claims and pay your provider directly for eligible expenses. You will be responsible for the remaining coinsurance (percentage not covered) and

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

deductible, if applicable. In addition, you will receive an explanation of benefits (EOB) providing information regarding the administration of the claim and to keep as a record for the services received. Participants enrolled in an HSA who have not yet met the deductible should have their in-network provider submit any bills to the claims administrator (currently Anthem) to allow claims to be processed at negotiated rates.

Out-of-network providers are not required to bill the claims administrator for services. They may, however, do so as a courtesy to you. If your out-of-network providers choose not to submit claims for you, you are responsible to submit claims yourself. Regardless of who submits the claim, the claims administrator pays you directly for covered services received from an out-of-network provider except as otherwise required under the No Surprises Act (see "Your Rights and Protections Against Surprise Medical Bills" below). If you are submitting your own claims, you should send them to the address on the back of your medical ID card.

The claims administrator may, on behalf of the plan, make payments directly to providers for covered services. The claims administrator also reserves the right to make payments directly to you. Notices relating to claim and payment for claims also may be provided to an alternate recipient, that person's custodial parent or designated representative. Any payments made by the claims administrator will discharge the plan's obligation to pay for covered services. You cannot assign your right to receive payment to anyone else, except as required by a "Qualified Medical Child Support Order" as defined by ERISA or any applicable Federal law.

If you are covered by Medicare and receive services in Indiana, Kentucky, or Ohio, you will not need to submit your claims. Your provider will file directly with Medicare and Medicare will forward your claim to the claims administrator once the bill has been processed by Medicare.

It is important to you and to the company that, when plan payments are received by you covering charges that have not already been paid, the check should be used without delay for that purpose. Checks not cashed within 180 days of the date written are void and can no longer be cashed.

If you are submitting claims to Anthem, it is very important that all items on the claim form are completed. Failure to do so will cause delays in processing. You should keep a copy of all claims and bills submitted. Claim forms may be obtained from the Anthem website at www.anthem.com.

If your health care expenses resulted from an accident, you will receive a questionnaire from your claims administrator. This questionnaire is for further clarification on the potential liability of a third party.

3. When Another Group Insurance Company Is Primary

If the patient is covered by other group insurance and that insurance pays first (is the primary carrier), you should submit bills to the other group insurance first. The explanation of benefits (EOB) received from that insurance carrier, together with a claim form and an itemized bill, should be sent to the claims administrator for any supplementary payment. (No claim will be paid until primary responsibility has been determined.) The amount of any plan benefit will be coordinated with the other group insurance benefit you receive. See Coordination of Benefits within this document for more information.

***Note:* *The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

If the other group insurance requires its members to use designated providers or facilities or to meet other specific requirements in order to receive coverage, the plan will coordinate benefits with the other plan as if these requirements were followed, whether or not the requirements have, in fact, been followed. If the plan coverage is primary, you should follow the usual procedure for submitting claims.

4. Missing Persons

If any benefit payable under the plan has not been claimed within the time period provided in this section, provided due and proper care is exercised by the plan administrator in attempting to make such payment, the benefit payable will be forfeited and will cease to be a liability of the plan. The benefit payable will continue to be maintained until the one-year anniversary of the date the benefits become due (but in all events prior to the time the benefit would otherwise escheat under applicable law).

## No Surprises Act and Provider Transparency

The Consolidated Appropriations Act of 2021 (CAA) is a Federal law that includes the No Surprises Act as well as the Provider transparency requirements that are described below.

### Your Rights and Protections Against Surprise Medical Bills

When you get emergency care or are treated by an out-of-network provider at an in-network hospital or ambulatory surgical center, you are protected from balance billing. In these cases, you shouldn't be charged more than your plan's copayments, coinsurance and/or deductible.

### What is "balance billing" (sometimes called "surprise billing")?

When you see a doctor or other health care provider, you may owe certain out-of-pocket costs, like a copayment, coinsurance, or deductible. You may have additional costs or have to pay the entire bill if you see a provider or visit a health care facility that isn't in your health plan's network.

"Out-of-network" means providers and facilities that haven't signed a contract with your health plan to provide services. Out-of-network providers may be allowed to bill you for the difference between what your plan pays and the full amount charged for a service. This is called "balance billing." This amount is likely more than in-network costs for the same service and might not count toward your plan's deductible or annual out-of-pocket limit.

"Surprise billing" is an unexpected balance bill. This can happen when you can't control who is involved in your care—like when you have an emergency or when you schedule a visit at an in-network facility but are unexpectedly treated by an out-of-network provider. Surprise medical bills could cost thousands of dollars depending on the procedure or service.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

## You're protected from balance billing for:

### Emergency services

If you have an emergency medical condition and get emergency services from an out-of-network provider or facility, the most they can bill you is your plan's in-network cost-sharing amount (such as copayments, coinsurance, and deductibles). You **can't** be balance billed for these emergency services. This includes services you may get after you're in stable condition, unless you give written consent and give up your protections not to be balanced billed for these post-stabilization services.

### Certain services at an in-network hospital or ambulatory surgical center

When you get services from an in-network hospital or ambulatory surgical center, certain providers there may be out-of-network. In these cases, the most those providers can bill you is your plan's in-network cost-sharing amount. This applies to emergency medicine, anesthesia, pathology, radiology, laboratory, neonatology, assistant surgeon, hospitalist, or intensivist services. These providers **can't** balance bill you and may **not** ask you to give up your protections not to be balance billed.

If you get other types of services at these in-network facilities, out-of-network providers **can't** balance bill you, unless you give written consent and give up your protections.

**You're never required to give up your protections from balance billing. You also aren't required to get out-of-network care. You can choose a provider or facility in your plan's network.**

## When balance billing isn't allowed, you also have these protections:

- You're only responsible for paying your share of the cost (like the copayments, coinsurance, and deductible that you would pay if the provider or facility was in-network). Your health plan will pay any additional costs to out-of-network providers and facilities directly.

- Generally, your health plan must:

  - Cover emergency services without requiring you to get approval for services in advance (also known as "prior authorization").

  - Cover emergency services by out-of-network providers.

  - Base what you owe the provider or facility (cost-sharing) on what it would pay an in-network provider or facility and show that amount in your explanation of benefits.

  - Count any amount you pay for emergency services or out-of-network services toward your in-network deductible and out-of-pocket limit.

**If you think you've been wrongly billed**, contact the No Surprises Helpdesk at 1-800-985-3059.

Visit www.cms.gov/nosurprises/consumers for more information about your rights under federal law.

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

Lilly

## Provider Directories

Our medical claims processor, Anthem, is required to confirm the list of network providers in its provider directory every 90 days. If you can show that you received inaccurate information from Anthem that a provider was listed as in-network on a particular claim, then you will only be liable for network cost-shares (i.e., copayments, deductibles, and/or coinsurance) for that claim. Your network cost-shares will be calculated based upon the maximum allowed amount.

## Transparency Requirements

You may also obtain the following information on Anthem's website or by calling Member Services at 1-866-814-3739.

- Cost sharing information for 500 defined services, as required by the Centers for Medicare & Medicaid Services (CMS); and
- A listing / directory of all Network Providers

In addition, Anthem will provide access through its website to the following information:

- Network negotiated rates; and
- Historical Out-of-Network rates.

# Dental Benefits

You can elect either medical coverage or dental coverage—or both. A separate premium will be charged for each type of coverage, if elected.

There currently are no deductibles or lifetime maximums for dental coverage. There is a $2,000 per person annual maximum. The dental benefit is administered by Anthem, and you will have access to a network of providers through the Dental Complete PPO Network. In-network providers have agreed to negotiated rates that may be lower than the rates charged by an out-of-network dentist. Also, you will be responsible for any charges over the allowable amounts if you choose an out-of-network dentist. The term allowable amount, with respect to dental services covered under the plan, is equal generally to the contracted rate for in-network services; or charges that are based on the external data source in effect at the time the service was rendered (not to exceed the actual amount billed to the participant). These charges do not exceed the amount usually charged by most providers in the same geographical area for services, treatment, or materials.

All dental claims should be submitted to Anthem at the address on the back of your dental ID card.

All eligible expenses for dental work performed by a licensed dentist or by a physician are covered by the dental benefit provisions of the plan. Your dental coverage provides for reimbursement of the allowable dental expenses you incur for services performed by a licensed dentist, for services performed under the direction of a dentist (by a dental hygienist, for example), or for dental services performed by a physician.

***Note:* *The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

## Benefits Coverage

Below are examples of dental coverage services:

- Diagnostic & Preventive (oral exams, cleanings, fluoride treatments, X-rays, and sealants) – covered at 100%
- Restorative (fillings) – covered at 80%
- Endodontics (root canal) – covered at 80%
- Periodontics (scaling and root planning) – covered at 80%
- Oral Surgery (extractions) – covered at 80%
- Prosthodontics (crowns, implants, onlays, dentures) – covered at 50%

You are limited to the number of examinations and cleanings that will be covered. Services are limited to two per calendar year. Additional limits may apply for receipt of dental films during a calendar year.

Bleaching of teeth is not a covered expense.

## Orthodontia

Under your dental coverage, reimbursement of eligible expenses for orthodontia is limited to 50 percent of the allowable amount. Orthodontia coverage is for services for the movement of the teeth, including the diagnosis, prevention, interception, and treatment of all forms of malocclusion of the teeth. An orthodontia appliance includes any device used to influence the growth or position of teeth such as any fixed or removable appliance that repositions the teeth. Orthodontia coverage excludes any appliance used to control harmful habits (e.g., thumb-sucking appliances or tongue-thrusting appliances). Reimbursement for each person is also limited to a lifetime maximum benefit of $2,000 (excluding the 50 percent coinsurance you are required to pay). The lifetime maximum benefit for orthodontia is separate from the annual maximum for dental services.

## Temporomandibular Joint Disease (TMJ)

TMJ may be considered an eligible diagnosis for coverage under the medical option and/or dental benefit. Accordingly, eligible services considered to be dental procedures will be paid according to the dental benefit. Eligible services considered to be medical procedures will be paid according to your medical plan option in which you participate. It is recommended that before beginning a treatment plan that you consult with the medical and dental options in which you participate for a pretreatment estimate.

## Drugs Prescribed by a Dentist

Drugs and medicines prescribed by a dentist (or physician) that require a written prescription by law may be covered by the plan's prescription drug benefit at retail pharmacies or through the mail order program, if you have also elected medical coverage. If you receive covered prescription drugs from your dentist, those medications are covered within basic dental at 50 percent.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

### Effect of Other Group Dental Benefits Coverage

If you or your dependents are covered by any other group dental insurance or benefit plans, your dental benefits will be coordinated in the same manner as medical benefits.

### Claims

Claims for dental bills are submitted via direct billing or claim forms.

## Vision Benefits

The plan offers vision benefits to eligible employees and their covered dependents. Vision benefits are 100% participant paid.

The vision benefit is described in Section IV of the Appendix.

All eligible expenses for vision work performed by a licensed optometrist, ophthalmologist or by a physician are covered by the vision benefit provisions of the plan. Your vision coverage provides for reimbursement of the allowable vision expenses you incur for services performed by a licensed optometrist or ophthalmologist, or for vision services performed by a physician.

## Prescription Drug Benefits

### High Deductible Health Plan Options

Eligible employees and their covered dependents receive a pharmacy ID card for use when filling prescription drugs. To purchase a prescription drug from a retail pharmacy, you must present your pharmacy ID card and prescription to the pharmacist.

Prescription drugs are a covered medical expense and treated like any other medical expense in both the HRA and HSA options. If you have elected the HRA, any dollars in the HRA will be used automatically to pay for prescription drugs. If all monies in the HRA are used, you pay the discounted cost of the prescription drug using personal funds until the deductible has been satisfied. At that point, you will pay the applicable HRA coinsurance for prescription drugs.

If you are in the HSA, you can choose to pay for prescription drugs using the dollars in the health savings account or with personal funds. Once you satisfy your deductible, you are responsible for the applicable HSA coinsurance for prescription drugs.

Prescription drugs on the preventive prescription drug list are not subject to the deductible and do not apply to satisfying the deductible. In addition, you pay only the applicable coinsurance under the HRA option (10%) or HSA option (20%) for prescription drugs. In addition, some preventive prescription drugs are required to be covered at 100% under federal requirements. See Caremark.com for a complete preventive prescription drug list.

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

## General Information on Your Prescription Drug Benefit

Use your health plan identification card to purchase all prescription drugs, insulin, and diabetic supplies at a participating retail pharmacy.

When using mail order, any price quoted is an estimate only. As such, the quoted amount may not be the exact amount billed to you. Mail order forms are available by contacting CVS Caremark directly.

Prescriptions will be filled with a generic equivalent, if available, unless the plan cost is lower for the brand prescription. If you or your doctor request brand, you pay the applicable generic coinsurance/copay and the difference in cost between the negotiated retail prices of the generic and the brand which does not count toward your deductible or out-of-pocket maximum. If the plan administration, however, determines that the brand prescription is clinically necessary, the prescription may be filled with brand and you remain responsible for the applicable deductible and brand coinsurance instead. In addition, amounts attributable to drug copay cards will not apply to your deductible or your out-of-pocket maximums described above to the extent such amounts are reasonably determinable by the plan.

You may receive up to three 30-day prescriptions for a single maintenance drug at any retail pharmacy. Following the third 30-day prescription filled for such maintenance drug, you must use the Maintenance Choice Program, where available, for any additional such prescriptions. The Maintenance Choice Program allows you to receive maintenance medications either by CVS/Caremark mail order or at designated CVS and Costco Pharmacies, select independent participating pharmacy locations, and beginning April 1, 2024, Kroger-affiliated pharmacies at a mail order cost. Where the Maintenance Choice Program is not available, participants in select states may have additional medication days' supply and pharmacy options. The Maintenance Choice Program does not apply to over-the-counter products. Prescriptions dispensed through the Maintenance Choice Program are generally required to be 90-day fills. Sign into **Caremark.com** to find a pharmacy where you can fill 90-day prescriptions using the pharmacy locator tool.

Certain high-cost, specialty medications will be required to be filled through a CVS Caremark specialty pharmacy.

In addition, step therapy, prior authorization, and quantity limits apply for certain prescriptions drugs designated by the plan administrator. Step therapy and other similar programs may require usage of a generic drug before a brand drug is available for coverage under the plan. Prior authorization program is, in large part, to ensure an appropriate utilization of medications in accordance with the plan administrator's medical policies. When a requested medicine is subject to prior authorization, the pharmacist will require additional information from a physician before filling a requested prescription.

You may request a refill once you have used 50 percent of the amount prescribed.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

## Plan Exclusions for Prescription Drug Benefits

In addition to the exclusions listed below in the section entitled Health Benefit Exclusions and Limitations, the following additional items are excluded from coverage except as may be required under the Affordable Care Act:

- Immunization agents, blood or blood plasma. Exception: Immune Globulin (Gammar) is covered;
- Prescriptions written for the benefit of an animal, including an eligible employee or covered dependent's pet;
- Except as required by Health Care Reform or for over-the-counter insulins, those drugs that are not required to be dispensed with a written prescription from the Physician (e.g., over-the-counter medications);
- Any mail order prescription products (or prescription product purchased over the internet) that originates outside of the United States;
- Hair growth drugs (e.g., Minoxidil) (except for those drugs specifically indicated and used for treatment of alopecia areata);
- Prescription for Auvi-Q (whether brand or generic);
- Nonlegend drugs except those specifically listed as covered;
- Therapeutic devices or appliances, including support garments and other nonmedicinal substances, regardless of intended use, except those specifically listed as covered;
- Charges for the administration or injection of any drug;
- Drugs labeled "Caution"—limited by federal law to investigational use or experimental drugs—even though a charge is made to the individual;
- Medication that is to be taken by or administered to a plan member, in whole or in part, while he or she is a patient in a hospital, assisted living facility, mental health facility, extended-care facility, convalescent hospital, nursing home or similar institution that operates on its premises or allows to be operated on its premises a facility for dispensing pharmaceuticals;
- Any prescription in excess of the number specified by the physician or any refill dispensed after one year from the physician's original order;

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

- More than a 30-day supply of a prescription, except:
  - certain drugs that may be dispensed according to maintenance drug program guidelines
  - other items or services specified by the plan administrator from time to time.

Insulin and the diabetic supplies listed below are available at no charge with the pharmacy card when submitted with a prescription:

- Alcohol swabs
- Blood-glucose monitors
- Diabetes-testing agents
- Disposable needles / syringes
- Lancets
- Glucose-elevating products (e.g., Insta-glucose)

# Plan Administration

## Employee Benefits Committee

The Employee Benefits Committee selected by the Board of Directors of Eli Lilly and Company or its designee administers the plan and is a named fiduciary of the plan within the meaning of ERISA. The plan administrator has the final discretionary authority to determine all issues arising under the plan, including issues of plan interpretation and all factual issues relating to eligibility and coverage. This authority includes such final discretionary authority for certain options as may be provided by the plan or agreement with Anthem. You will be required to furnish the Employee Benefits Committee, company and each wholly-owned subsidiary that is a participating employer in the Plan with such information and evidence, or sign such documents, as may be reasonably required from time to time in the discretion of the Employee Benefits Committee or company for the proper administration of the Plan.

## Coordination of Benefits

If you or your dependents are covered by any other group medical insurance or benefit plans, the combined benefits from those plans and from the Lilly Health Plan cannot exceed the full benefit payable under the Lilly Health Plan. If any other group medical insurance or benefit plan precedes the plan in order of payment, the payments made (or for which the eligible employee or covered dependent is eligible if he or she uses designated providers, facilities or meets other specific requirements to receive coverage) under such plan will reduce, dollar for dollar, any payment that otherwise would be made under the plan. The administrators of the plans involved will coordinate their payments to accomplish this.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

"Other group medical insurance or benefits plans" are defined as plans which you may have through another employer (your own or that of your spouse or domestic partner), a governmental program or statute, an educational institution, a fraternal or professional association, a health and welfare fund, etc.

The plan has a coordination of benefits clause which provides that, when an employee is covered by another group medical benefits insurance program, the two will coordinate the claim. If the other group insurance plan, in such a case, does not have coordination of benefits clause, the other plan (the primary carrier) will pay first. If it has a coordination of benefits clause, the plan that covers the patient as its employee or former employee pays first. Or, in the case of a child, benefits will be coordinated according to the rule adopted by the state in which the parents reside unless the natural parents are divorced or legally separated. The "birthday rule" is applied if a child is covered by the plan of the parent whose birthday occurs earlier in the calendar year (if you and your spouse or domestic partner have the same birthday, the plan that has covered one parent longer is primary). In these cases involving coordination of benefits with another plan, you may check the order of primary coverage with your employee benefits area.

If the plan receives an order from a court to provide health coverage to a child of a plan participant, the plan will provide such coverage only if the court order qualifies as a qualified medical child support order (QMCSO) pursuant to specific procedures adopted by the plan. You will need to promptly contact your employee benefits area if you plan to submit such an order to the plan.

If you are separated or divorced, these coordination rules apply:

1. If there is a QMCSO making one of the parents responsible for the child's health care, that parent's plan is primary.
2. If there is not a QMCSO, benefits for the child will be paid in the following order:
    - first, by the plan of the parent with custody
    - second, by the plan of the spouse or domestic partner of the parent with custody
    - finally, by the plan of the parent not having custody.
3. If parents have joint custody and a QMCSO does not state which parent is responsible for health care, the "birthday rule" will apply.

The Lilly Health Plan pays its full benefit when it is primary. Otherwise, the Lilly Health Plan coordinates its benefits with the other group insurance benefits (again, with combined benefits of the plans not to exceed the full benefit payable under the Lilly Health Plan). If the other group insurance requires its members to use designated providers or facilities or to meet other specific requirements in order to receive coverage, the Lilly Health Plan shall coordinate benefits with the other plan as if these requirements were followed whether or not the requirements have, in fact, been followed.

**If the Lilly Health Plan is not the primary carrier for you or your dependents, it is important that you or your dependents follow the primary carrier's guidelines and requirements in order to obtain coordination and coverage with the Lilly Health Plan.**

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

## Coordination of Medical Coverage with Medicare

Individuals who meet Social Security status requirements may become eligible for Medicare (a Social Security benefit) prior to reaching age 65 under certain circumstances. These requirements include, for you and your eligible dependents:

- Social Security disability benefits received for 24 consecutive months.
- End-stage renal disease (if you or your dependent has end-stage renal disease, the plan will be primary payer for medical coverage for the first 30 months. In these situations, Medicare medical coverage will be secondary to the plan. At the end of the first 30 months, Medicare will be the primary payer and the plan will be the secondary payer.)

You must notify the plan administrator when you or any of your dependents become eligible for benefits under Medicare. Failing to notify the plan administrator can result in the termination of coverage. In addition, you may be responsible for any charges mistakenly paid by the plan after you or your dependents became Medicare-eligible.

The Lilly Health Plan options coordinate with Medicare for eligible medical expenses in these ways:

- Medicare is the primary carrier for medical coverage and pays first except under the following circumstances:
    - Employees Working Beyond Age 65: If you continue your employment beyond age 65, the Lilly Health Plan pays first on eligible medical expenses incurred by you. Medicare is considered the secondary carrier in this case. It is your responsibility to understand and comply with Medicare requirements to avoid a gap in coverage when you retire.
    - Spouses or Domestic Partners Age 65 and Over: If your spouse or domestic partner is age 65 or older and you are actively employed, the Lilly Health Plan pays first on eligible medical expenses while Medicare is considered the secondary carrier.
- If an employee on LTD or his or her dependent is Medicare-eligible, Medicare is the primary payer for medical coverage and pays first, and the Lilly Health Plan is the secondary payer.

## Subrogation

If you receive any benefits arising out of an illness or injury for which you have or assert a right of recovery against a third person (including, but not limited to, liability insurers of the third person or insurance you may have), the plan has the right to be subrogated to all rights of recovery, and accordingly, to be reimbursed for all payments made from any and all recovery obtained from the third person.

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

The plan will be entitled to the reimbursement for any recovery (whether by way of settlement or in satisfaction of a judgment irrespective of whether the recovery is deemed or characterized as a recovery for medical expenses, pain and suffering, attorneys' fees, or any other elements of damages) even if that recovery does not fully satisfy the judgment, settlement, or underlying claim for damages or does not fully compensate you for the illness or injury. You are responsible for all expenses of recovery, including attorneys' fees incurred in the collection of third-party payments, and such fees and expenses will not reduce the amount of the plan's right to reimbursement except as required by applicable law or otherwise permitted. As security for the plan's right to reimbursement, the plan will automatically have a lien upon any amounts recovered from any third parties to the extent of the benefits paid by the plan arising out of illness.

When a right of subrogation exists and before claims are paid by the plan, you must notify the plan administrator of the claim and execute and deliver all required documents as well as doing whatever else is needed to secure the right of subrogation. In addition, neither you nor anyone acting on behalf of you may settle any claim without the consent of the plan administrator or do anything to prejudice the right of the plan to subrogate.

## Right of Recovery

The plan has the right to recover any amounts it has paid in excess of the maximum amount permitted under the plan. These amounts may be recovered from:

1. Any person to whom or for whom the payments were made
2. Any other insurance companies
3. Any other organizations.

## Funding of Plan Benefits

With one exception (COBRA continuation coverage), your employer pays the majority of the cost of your and your dependents' coverage, if applicable. You must pay the remaining cost. The company will determine the amount of your portion and may change the amount from time to time. Individuals who elect COBRA continuation coverage must pay the total cost of their coverage.

For the medical coverage, your payments may differ depending upon the option you choose. The plan administrator will notify you of the required payments for each medical option when you begin employment and will also notify you of any subsequent changes prior to each open enrollment period. Your premium payments will reflect the cost differences between lower and higher cost medical benefit options. In general, individuals who continue their coverage under COBRA must pay the entire cost of that coverage. All premium payments for coverage are used to pay plan benefits and certain administrative costs of the plan.

If you receive compensation from the company, your payments for coverage will be deducted from your compensation.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

## ERISA Rights and Specific Information

The plan is an employee welfare benefit plan under ERISA. For a complete statement of your rights under ERISA and other specific information required by ERISA, please refer to the section of the U.S. Employee Handbook entitled *Additional Information.*

## Claims Determination and Review

1. **Initial Claims:**

- **Urgent Claims**. If the claims administrator determines that your claim is one for services involving urgent care (e.g., one for medical care or treatment where making a determination under the normal timeframes could seriously jeopardize the life or health of the participant or his ability to regain maximum function), you will receive a notice of the benefit determination as soon as possible and in no case later than 72 hours after receipt of the claim. The notice may be oral, in which case a written notice will be provided within three days of the oral notice. If an urgent claim is determined to be incomplete, the claims administrator will send a notice to this effect within 24 hours of receipt of the claim, at which point the claimant will have 48 hours to provide additional information. The claims administrator then will make its determination within 48 hours from the time the plan receives the information, or, if earlier, the deadline to submit the information. If the claimant requests an extension of urgent care benefits beyond an initially determined period and makes the request at least 24 hours prior to the expiration of the original determination, the claims administrator will notify the claimant of the benefit determination within 24 hours of receipt of the request.

- **Pre-Service Claims.** If the claims administrator determines that your claim is a pre-service claim (i.e., one for services that have not yet been provided and for which the plan requires pre-certification) and is filed properly, the claims administrator will send you notice of the benefit determination within a reasonable period of time appropriate to the medical circumstances, but no later than 15 days from receipt of the claim. If the claims administrator determines that an extension is necessary due to matters beyond the plan's control, the time period may be extended fifteen (15) days if the claims administrator sends you an extension notice prior to the extension that describes the circumstances that require the extension and the date by which the plan expects to decide the claim. If the extension is necessary to request additional information, the extension notice will describe the required information, and you will be given at least forty-five (45) days to provide the information. The claims administrator then will make its determination within fifteen (15) days from the date the plan receives the information, or, if earlier, the deadline to submit the information. If a pre-service claim is improperly filed or does not follow the procedures established under the plan, the claims administrator will notify you within five days of its receipt of the claim.

- **Post-Service Claims**. If the claims administrator determines that your claim is a post-service claim (i.e., one for services that already have been provided, or where the plan does not require pre-certification) and the claim is denied, the claims administrator will send you a notice within a reasonable time period but no later than thirty (30) days from its receipt of the claim. If the claims administrator determines that an extension is necessary due to matters beyond control of the plan, this time may be extended by fifteen (15) days if the claims administrator sends you an extension notice prior to the extension that describes the

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

circumstances that require the extension and the date by which the plan expects to decide the claim. If the extension is necessary to request additional information, the extension notice will describe the required information, and you will be given at least forty-five (45) days to provide the information. The claims administrator then will make its determination within fifteen (15) days from the date the plan receives the information, or, if earlier, the deadline to submit the information.

- **Concurrent Care Claims**. A concurrent care claim is a claim that arises when there is a reduction or termination of ongoing care. The claims administrator must notify you if there is to be any reduction or termination in coverage for ongoing care sufficiently in advance of such reduction so you are able to appeal the decision before the coverage is reduced or terminated, unless the reduction or termination is due to a plan amendment or termination of the plan.

2. **Notice of Determination.** If a claim is filed properly and is denied, in whole or in part, you will receive a notice of an adverse benefit determination that includes (a) the specific reason(s) for the adverse benefit determination; (b) references the specific plan provisions on which the determination is based; (c) describes additional material or information, if any, needed to perfect the claim and the reasons such material or information is necessary; (d) describes the plan's claims review procedures and the time limits applicable to such procedures, including a statement of the claimant's right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review; (e) discloses any internal rule, guideline, or protocol relied on in making the adverse determination (or states that such information is available free of charge upon request), and (f) if the denial is based on a medical necessity or experimental treatment or similar limit, explains the scientific or clinical judgment for the determination (or state that such information will be provided free of charge upon request). Additionally, the notice of an adverse benefit determination will also include (a) information sufficient to identify the claim involved, including the date of service, health care provider, and claim amount, if applicable; (b) the denial code and its meaning; (c) a description of the plan's standard for denying the claim; (d) information regarding available internal and external appeals, including how to initiate an appeal, and (e) the availability of any contact information for an applicable office of health insurance consumer assistance or ombudsman to assist claimants with internal and external appeals processes. The Claims Administrator also will notify the claimant if an urgent or pre-service claim is approved.

3. **Requests for Review: Internal ERISA Appeal.** You may request review of a denied claim by submitting a written request for review to the claims administrator within 180 days after you receive notice that your claim was denied. If you fail to request a review within the 180-day period, the claim will be deemed abandoned, and you will not be able to reassert it. Your request must be signed by you or your authorized representative. In connection with the review, you or your authorized representative may review pertinent documents in the company's possession and submit written issues, comments, and evidence to the claims administrator. Failure to raise issues or present evidence within the 180-day review period will preclude those issues from being presented in any subsequent proceeding. The review will be conducted by a person different from the person who made the initial decision. No deference will be afforded to the initial determination. Additionally, the plan will provide the claimant with any new or additional evidence or rationale considered in connection with the claim sufficiently in advance of the appeals determination date to give the claimant a reasonable opportunity to respond. If the claim involves a medical judgment question, the Claims Administrator will consult with an appropriately qualified

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

health care practitioner with training and experience in the field of medicine involved. If a health care professional was consulted for the initial determination, a different health care professional will be consulted on review. Upon request, the Claims Administrator will provide the claimant with the identification of any medical expert whose advice was obtained on behalf of the plan in connection with the appeal.

i. Review of Urgent Care Claim. You may request an expedited review of any urgent claim. The request may be made orally, and the claims administrator will communicate with you by telephone, facsimile or similarly rapid communication method. The claims administrator will notify you of the review determination for an urgent claim as soon as possible, taking into account the medical exigencies, but not later than 72 hours after receipt of the claim.

ii. Review of Pre-Service Claim. The claims administrator will notify you of the review determination of a pre-service claim within a reasonable period of time taking into account the medical circumstances, but no later than 30 days from the date the request for review is received.

iii. Review of Post-Service Claim. The claims administrator will notify you of the review determination of a post-service claim within a reasonable period of time, but no later than 60 days from the date the request for review is received.

4. **Notice of Determination on Review**. If the decision upholds the denial of your claim, it will explain the reason(s) with reference to the specific plan provision(s) on which the decision is based; state that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claim for benefits; describe any voluntary appeal procedures offered by the plan and your right to obtain information about any such procedures, disclose any internal rule, guidelines, or protocol relied on in making the adverse determination (or state that such information will be provided free of charge upon request); if the denial is based on a medical necessity or experimental treatment or similar limit, explain the scientific or clinical judgment for the determination (or state that such will be provided free of charge upon request); and include a statement regarding your right to bring an action under section 502(a) of ERISA. Additionally, the notice of an adverse benefit determination will also include (a) information sufficient to identify the claim involved, including the date of service, health care provider, and claim amount, if applicable; (b) the denial code and its meaning; (c) a description of the plan's standard for denying the claim; (d) information regarding available internal and external appeals, including how to initiate an appeal, and (e) the availability of any contact information for an applicable office of health insurance consumer assistance or ombudsman to assist claimants with internal and external appeals processes. The claims administrator also must provide a notice if your review is approved.

5. **External Appeal Process**. If a claimant's internal appeal for benefits under the plan is denied, the claimant may have the right to further appeal the claim pursuant to an independent external review process established under the Affordable Care Act. The external appeal will be conducted by an independent review organization not affiliated with the plan. The independent review organization may overturn the plan's decision, and the independent review organization's decision will be binding on the plan. A claimant must file a claim for external review within four (4) months of the date the claimant receives the internal appeal denial notice. Filing a request for external review will not affect a claimant's ability to bring a legal claim in court. When a claimant

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

files a request for external review, the claimant will be required to authorize release of any medical records that may be required to be reviewed for the purpose of reaching a decision on the external review.

You must follow the procedures described above before taking action in any other forum regarding a claim for benefits under the plan. You must initiate any suit or legal actions for benefits under the plan no later than one year following a final decision on the claim for benefits. This one-year limitation period on suits for benefits applies in any forum where such a suit is initiated.

The plan administrator's failure to enforce any provision of this plan shall not affect its right later to enforce the provision or any other provisions of this plan. The plan administrator may delegate some of their administrative duties to agents.

## Amendment and Termination of Plan

The company hopes and expects to continue the plan indefinitely, but it has the right to terminate the plan at any time or to change the plan and the benefits provided by the plan from time to time. No amendment (including termination), however, will affect you or your dependent's rights with respect to eligible expenses incurred prior to the amendment. Such action may be implemented through resolution of the Board of Directors or the Employee Benefits Committee of the company. If an amendment results in a material reduction in covered services or benefits, the plan administrator will provide you with notice of such amendment within 60 days prior to its effective date.

## COBRA Continuation Coverage

In accordance with a federal law known as COBRA, you and your covered dependents, including a child born or placed for adoption during a period of COBRA coverage, will have the opportunity to temporarily continue your coverage under the plan at your own cost, but at group rates in certain instances in which your coverage would otherwise terminate. In general, a person who becomes eligible for and elects COBRA coverage will be required to pay the full cost of such coverage plus a two-percent administrative charge.

You and your spouse or domestic partner and dependents (if applicable) will receive a written notice about continuation coverage at the time your plan coverage begins. You may obtain additional copies of the notice from the plan administrator. You and your spouse or domestic partner (if applicable) will also receive a written notice at the time you incur a qualifying event that entitles you to COBRA rights under the plan.

If a person on COBRA becomes Medicare eligible and enrolls in Medicare after beginning COBRA, COBRA continuation coverage will end.

**COBRA Procedures that a Qualified Beneficiary Must Follow to Notify the Plan of Qualifying Events, Second Qualifying Events and Disability Determinations**

In order to be eligible for COBRA continuation coverage, a qualified beneficiary must notify the plan of the following qualifying events within 60 days of occurrence of the qualifying event by following the procedures described in this section:

- Divorce or end of a domestic partner relationship;
- Legal separation; or
- A dependent child ceasing to satisfy eligibility requirements under the plan.

If these procedures are not followed within the required time period, any spouse, domestic partner or dependent child who loses coverage under the plan will not be offered the option to elect COBRA continuation coverage. In addition, in order to be eligible for an extension of COBRA continuation coverage due to:

- a second qualifying event or

- a determination by the Social Security Administration (SSA) that a qualified beneficiary was disabled at some time during the first 60 days of COBRA continuation coverage, a qualified beneficiary is required to notify the plan of the second qualifying event or the disability determination within sixty (60) days of occurrence of the second qualifying event or the disability determination (and before the expiration of the original COBRA coverage period) by following the procedures described in this section. However, with respect to a disability determination, if the qualified beneficiary received a determination of disabled status prior to the occurrence of a qualifying event, notice may be provided within sixty (60) days of the qualifying event. COBRA continuation coverage, however, will end when a person becomes Medicare eligible and enrolls in Medicare after beginning COBRA.

If these procedures are not followed within the required time period, the period of COBRA continuation coverage originally elected will not be extended.

**Notice Procedures**

1. Initial Qualifying Event

The plan will offer thirty-six (36) months of COBRA continuation coverage to qualified beneficiaries upon divorce, legal separation, or a dependent child ceasing to satisfy eligibility requirements under the plan, if notice is provided as described in this subsection. The plan will offer eighteen (18) months of COBRA continuation coverage to qualified participants upon a termination of an eligible employee's employment (other than in cases of gross misconduct) or a reduction in an eligible employee's hours of employment that disqualifies the employee from coverage. Notice must be given to the Lilly Benefits Center via online (benefitscenter.lilly.com) or by calling (800) 472-4720. You must state that you are writing/calling to request COBRA continuation coverage due to a qualifying event of divorce, legal separation, or dependent child ceasing to satisfy eligibility requirements under the plan, and provide the following information: (a) your name, (b) the name of the covered employee, (c) the name of the dependent, if any, (d) the qualifying

event, and (e) the date of the qualifying event. In order to be eligible for COBRA continuation coverage, you must give notice as described above within 60 days after the date of the qualifying event.

2. Second Qualifying Event

The plan will extend an 18-month period of COBRA continuation coverage for an additional 18 months due to a second qualifying event that occurs during the first 18 months of COBRA continuation coverage, if notice of such second qualifying event is provided as described in this subsection. Notice must be given to the Lilly Benefits Center via online (benefitscenter.lilly.com) or by calling (800) 472-4720. You must state that you are writing/calling to request an 18-month extension of COBRA continuation coverage (for a total COBRA continuation period of 36 months) due to a second qualifying event of death of covered employee, divorce, legal separation, or dependent child ceasing to satisfy eligibility requirements under the plan. You must provide the following information: (a) your name, (b) the name of the covered employee, (c) the name of the dependent, if any, (d) the date that your COBRA coverage or that of your dependent commenced, (e) the second qualifying event, and (f) the date of the second qualifying event. In order to receive this extension, you must give notice as described above within sixty (60) days after the date of the second qualifying event and before the end of the 18 month period of continuation coverage.

3. Disability Determination

The plan will extend an 18-month period of COBRA continuation coverage for an additional eleven (11) months for all qualified beneficiaries who elected COBRA for the original 18-month period where the SSA makes a determination that a qualified beneficiary was disabled at some time during first sixty (60) days of COBRA continuation coverage, if notice of such disability determination is provided as described in this subsection. Notice must be given to the Lilly Benefits Center via online (benefitscenter.lilly.com) or by calling (800) 472-4720. You must state that you are writing/calling to extend COBRA continuation coverage due to a disability, and provide the following information: (a) your name, (b) the name of the individual for whom the SSA has made a disability determination, and (c) the date of such disability determination. In order to receive this extension, you must give notice as described within sixty (60) days of the SSA's determination of disabled status and before the end of the 18-month period of continuation coverage. However, if you received a determination of disabled status prior to the occurrence of a qualifying event, you may provide this notice within sixty (60) days of the qualifying event. If the qualified beneficiary is determined by SSA to no longer be disabled, you must notify the plan of that fact within 30 days after SSA's determination by following the procedures described above.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

Lilly

## Premium Assistance Under Medicaid and the Children's Health Insurance Program (CHIP)

If you or your children are eligible for Medicaid or CHIP and you're eligible for health coverage from your employer, your state may have a premium assistance program that can help pay for coverage, using funds from their Medicaid or CHIP programs. If you or your children aren't eligible for Medicaid or CHIP, you won't be eligible for these premium assistance programs but you may be able to buy individual insurance coverage through the Health Insurance Marketplace. For more information, visit **www.healthcare.gov**.

If you or your dependents are already enrolled in Medicaid or CHIP and you live in a State listed below, contact your State Medicaid or CHIP office to find out if premium assistance is available.

If you or your dependents are NOT currently enrolled in Medicaid or CHIP, and you think you or any of your dependents might be eligible for either of these programs, contact your State Medicaid or CHIP office or dial **1-877-KIDS NOW** or **www.insurekidsnow.gov** to find out how to apply. If you qualify, ask your state if it has a program that might help you pay the premiums for an employer-sponsored plan.

If you or your dependents are eligible for premium assistance under Medicaid or CHIP, as well as eligible under your employer plan, your employer must allow you to enroll in your employer plan if you aren't already enrolled. This is called a "special enrollment" opportunity, and **you must request coverage within 60 days of being determined eligible for premium assistance**. If you have questions about enrolling in your employer plan, contact the Department of Labor at **www.askebsa.dol.gov** or call **1-866-444-EBSA (3272)**.

---

**If you live in one of the following states, you may be eligible for assistance paying your employer health plan premiums. The following list of states is current as of July 31, 2024. Contact your State for more information on eligibility –**

| ALABAMA – Medicaid | ALASKA – Medicaid |
|---|---|
| Website: http://myalhipp.com/<br>Phone: 1-855-692-5447 | The AK Health Insurance Premium Payment Program<br>Website: http://myakhipp.com/<br>Phone: 1-866-251-4861<br>Email: CustomerService@MyAKHIPP.com<br>Medicaid Eligibility:<br>https://health.alaska.gov/dpa/Pages/default.aspx |

*Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation.* *Eli Lilly and Company. All rights reserved.*

| ARKANSAS – Medicaid | CALIFORNIA – Medicaid |
|---|---|
| Website: http://myarhipp.com/<br>Phone: 1-855-MyARHIPP (855-692-7447) | Health Insurance Premium Payment (HIPP) Program<br>Website:<br>http://dhcs.ca.gov/hipp<br>Phone: 916-445-8322<br>Fax: 916-440-5676<br>Email: hipp@dhcs.ca.gov |
| **COLORADO – Health First Colorado (Colorado's Medicaid Program) & Child Health Plan Plus (CHP+)** | **FLORIDA – Medicaid** |
| Health First Colorado Website:<br>https://www.healthfirstcolorado.com/<br>Health First Colorado Member Contact Center:<br>1-800-221-3943/State Relay 711<br>CHP+: https://hcpf.colorado.gov/child-health-plan-plus<br>CHP+ Customer Service: 1-800-359-1991/State Relay 711<br>Health Insurance Buy-In Program<br>(HIBI): https://www.mycohibi.com/<br>HIBI Customer Service: 1-855-692-6442 | Website:<br>https://www.flmedicaidtplrecovery.com/flmedicaidtplrecovery.com/hipp/index.html<br>Phone: 1-877-357-3268 |

| GEORGIA – Medicaid | INDIANA – Medicaid |
|---|---|
| GA HIPP Website: https://medicaid.georgia.gov/health-insurance-premium-payment-program-hipp<br>Phone: 678-564-1162, Press 1<br>GA CHIPRA Website:<br>https://medicaid.georgia.gov/programs/third-party-liability/childrens-health-insurance-program-reauthorization-act-2009-chipra<br>Phone: 678-564-1162, Press 2 | Health Insurance Premium Payment Program<br>All other Medicaid<br>Website: https://www.in.gov/medicaid/<br>http://www.in.gov/fssa/dfr/<br>Family and Social Services Administration<br>Phone: 1-800-403-086<br>Member Services Phone: 1-800-457-4584 |
| **IOWA – Medicaid and CHIP (Hawki)** | **KANSAS – Medicaid** |
| Medicaid Website:<br>Iowa Medicaid \| Health & Human Services<br>Medicaid Phone: 1-800-338-8366<br>Hawki Website:<br>Hawki - Healthy and Well Kids in Iowa \| Health & Human Services<br>Hawki Phone: 1-800-257-8563<br>HIPP Website: Health Insurance Premium Payment (HIPP) \| Health & Human Services (iowa.gov)<br>HIPP Phone: 1-888-346-9562 | Website: https://www.kancare.ks.gov/<br>Phone: 1-800-792-4884<br>HIPP Phone: 1-800-967-4660 |

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

| KENTUCKY – Medicaid | LOUISIANA – Medicaid |
|---|---|
| Kentucky Integrated Health Insurance Premium Payment Program (KI-HIPP) Website: https://chfs.ky.gov/agencies/dms/member/Pages/kihipp.aspx<br>Phone: 1-855-459-6328<br>Email: KIHIPP.PROGRAM@ky.gov<br>KCHIP Website: https://kynect.ky.gov<br>Phone: 1-877-524-4718<br>Kentucky Medicaid Website: https://chfs.ky.gov/agencies/dms | Website: www.medicaid.la.gov or www.ldh.la.gov/lahipp<br>Phone: 1-888-342-6207 (Medicaid hotline) or 1-855-618-5488 (LaHIPP) |
| **MAINE – Medicaid** | **MASSACHUSETTS – Medicaid and CHIP** |
| Enrollment Website: https://www.mymaineconnection.gov/benefits/s/?language=en_US<br>Phone: 1-800-442-6003<br>TTY: Maine relay 711<br>Private Health Insurance Premium Webpage: https://www.maine.gov/dhhs/ofi/applications-forms<br>Phone: 1-800-977-6740<br>TTY: Maine relay 711 | Website: https://www.mass.gov/masshealth/pa<br>Phone: 1-800-862-4840<br>TTY: 711<br>Email: masspremassistance@accenture.com |
| **MINNESOTA – Medicaid** | **MISSOURI – Medicaid** |
| Website: https://mn.gov/dhs/health-care-coverage/Phone: 1-800-657-3672 | Website: http://www.dss.mo.gov/mhd/participants/pages/hipp.htm<br>Phone: 573-751-2005 |
| **MONTANA – Medicaid** | **NEBRASKA – Medicaid** |
| Website: http://dphhs.mt.gov/MontanaHealthcarePrograms/HIPP<br>Phone: 1-800-694-3084<br>Email: HHSHIPPProgram@mt.gov | Website: http://www.ACCESSNebraska.ne.gov<br>Phone: 1-855-632-7633<br>Lincoln: 402-473-7000<br>Omaha: 402-595-1178 |
| **NEVADA – Medicaid** | **NEW HAMPSHIRE – Medicaid** |
| Medicaid Website: http://dhcfp.nv.gov<br>Medicaid Phone: 1-800-992-0900 | Website: https://www.dhhs.nh.gov/programs-services/medicaid/health-insurance-premium-program<br>Phone: 603-271-5218<br>Toll free number for the HIPP program: 1-800-852-3345, ext. 15218<br>Email: DHHS.ThirdPartyLiabi@dhhs.nh.gov |

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

Lilly

| NEW JERSEY – Medicaid and CHIP | NEW YORK – Medicaid |
|---|---|
| Medicaid Website: http://www.state.nj.us/humanservices/dmahs/clients/medicaid/<br>Phone: 1-800-356-1561<br>CHIP Premium Assistance Phone: 609-631-2392<br>CHIP Website: http://www.njfamilycare.org/index.html<br>CHIP Phone: 1-800-701-0710 (TTY: 711) | Website: https://www.health.ny.gov/health_care/medicaid/<br>Phone: 1-800-541-2831 |
| **NORTH CAROLINA – Medicaid** | **NORTH DAKOTA – Medicaid** |
| Website: https://medicaid.ncdhhs.gov/<br>Phone: 919-855-4100 | Website: https://www.hhs.nd.gov/healthcare<br>Phone: 1-844-854-4825 |
| **OKLAHOMA – Medicaid and CHIP** | **OREGON – Medicaid and CHIP** |
| Website: http://www.insureoklahoma.org<br>Phone: 1-888-365-3742 | Website: http://healthcare.oregon.gov/Pages/index.aspx<br>Phone: 1-800-699-9075 |
| **PENNSYLVANIA – Medicaid and CHIP** | **RHODE ISLAND – Medicaid and CHIP** |
| Website: https://www.pa.gov/en/services/dhs/apply-for-medicaid-health-insurance-premium-payment-program-hipp.html<br>Phone: 1-800-692-7462<br>CHIP Website: Children's Health Insurance Program (CHIP) (pa.gov)<br>CHIP Phone: 1-800-986-KIDS (5437) | Website: http://www.eohhs.ri.gov/<br>Phone: 1-855-697-4347, or<br>401-462-0311 (Direct RIte Share Line) |
| **SOUTH CAROLINA – Medicaid** | **SOUTH DAKOTA - Medicaid** |
| Website: https://www.scdhhs.gov<br>Phone: 1-888-549-0820 | Website: http://dss.sd.gov<br>Phone: 1-888-828-0059 |
| **TEXAS – Medicaid** | **UTAH – Medicaid and CHIP** |
| Website: Health Insurance Premium Payment (HIPP) Program \| Texas Health and Human Services<br>Phone: 1-800-440-0493 | Utah's Premium Partnership for Health Insurance (UPP)<br>Website: https://medicaid.utah.gov/upp/<br>Email: upp@utah.gov<br>Phone: 1-888-222-2542<br>Adult Expansion Website: https://medicaid.utah.gov/expansion/Utah Medicaid Buyout Program Website: https://medicaid.utah.gov/buyout-program/<br>CHIP Website: https://chip.utah.gov/ |
| **VERMONT– Medicaid** | **VIRGINIA – Medicaid and CHIP** |
| Website: Health Insurance Premium Payment (HIPP) Program \| Department of Vermont Health Access<br>Phone: 1-800-250-8427 | Website: https://coverva.dmas.virginia.gov/learn/premium-assistance/famis-select<br>https://coverva.dmas.virginia.gov/learn/premium-assistance/health-insurance-premium-payment-hipp-programs<br>Medicaid/CHIP Phone: 1-800-432-5924 |

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

| WASHINGTON – Medicaid | WEST VIRGINIA – Medicaid and CHIP |
|---|---|
| Website: https://www.hca.wa.gov/<br>Phone: 1-800-562-3022 | Website: https://dhhr.wv.gov/bms/<br>http://mywvhipp.com/<br>Medicaid Phone: 304-558-1700<br>CHIP Toll-free phone: 1-855-MyWVHIPP (1-855-699-8447) |
| **WISCONSIN – Medicaid and CHIP** | **WYOMING – Medicaid** |
| Website:<br>https://www.dhs.wisconsin.gov/badgercareplus/p-10095.htm<br>Phone: 1-800-362-3002 | Website:<br>https://health.wyo.gov/healthcarefin/medicaid/programs-and-eligibility/<br>Phone: 1-800-251-1269 |

To see if any other states have added a premium assistance program since July 31, 2024, or for more information on special enrollment rights, contact either:

U.S. Department of Labor
Employee Benefits Security Administration
**www.dol.gov/agencies/ebsa**
1-866-444-EBSA (3272)

U.S. Department of Health and Human Services
Centers for Medicare & Medicaid Services
**www.cms.hhs.gov**
1-877-267-2323, Menu Option 4, Ext. 61565

**Paperwork Reduction Act Statement**

According to the Paperwork Reduction Act of 1995 (Pub. L. 104-13) (PRA), no persons are required to respond to a collection of information unless such collection displays a valid Office of Management and Budget (OMB) control number. The Department notes that a Federal agency cannot conduct or sponsor a collection of information unless it is approved by OMB under the PRA, and displays a currently valid OMB control number, and the public is not required to respond to a collection of information unless it displays a currently valid OMB control number. See 44 U.S.C. 3507. Also, notwithstanding any other provisions of law, no person shall be subject to penalty for failing to comply with a collection of information if the collection of information does not display a currently valid OMB control number. See 44 U.S.C. 3512.

The public reporting burden for this collection of information is estimated to average approximately seven minutes per respondent. Interested parties are encouraged to send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Employee Benefits Security Administration, Office of Policy and Research, Attention: PRA Clearance Officer, 200 Constitution Avenue, N.W., Room N-5718, Washington, DC 20210 or email ebsa.opr@dol.gov and reference the OMB Control Number 1210-0137.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

# Attachment A

## Pre-Certification Requirements

**Inpatient Admission:**

- Acute Inpatient
- Acute Rehabilitation
- LTACH (Long Term Acute Care Hospital)
- Skilled Nursing Facility
- OB delivery stays beyond the Federal Mandate minimum LOS (including newborn stays beyond the mother's stay)
- For an Emergency Care Admission, Precertification is not required. However, plan notification should be provided as soon as possible.

**Diagnostic Testing:**

- BRCA Genetic Testing
- Chromosomal Microarray Analysis (CMA) for Developmental Delay, Autism Spectrum Disorder, Intellectual Disability and Congenital Anomalies
- Gene Expression Profiling for Managing Breast Cancer Treatment
- Gene Mutation Testing for Cancer Susceptibility and Management
- Genetic Testing for Inherited Diseases
- Genetic Testing for Lynch Syndrome, Familial Adenomatous Polyposis (FAP) Attenuated FAP and MYH-Associated Polyposis
- Preimplantation Genetic Diagnosis Testing
- Prostate Saturation Biopsy
- Testing for Biochemical Markers for Alzheimer's Disease
- Whole Genome Sequencing, Whole Exome Sequencing, Gene Panels, and Molecular Profiling
- Wireless Capsule for the Evaluation of Suspected Gastric and Intestinal Motility Disorders

**Durable Medical Equipment (DME)/Prosthetics:**

- Augmentative and Alternative Communication (AAC) Devices with Digitized or Synthesized Speech Output
- Compression Devices for Lymphedema
- Electric Tumor Treatment Field (TTF)
- External Upper Limb Stimulation for the Treatment of Tremors
- Functional Electrical Stimulation (FES); Threshold Electrical Stimulation (TES)

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

- High Frequency Chest Compression Devices for Airway Clearance
- Implantable Infusion Pumps
- Intrapulmonary Percussive Ventilation Device
- Microprocessor Controlled Knee-Ankle-Foot Orthosis
- Microprocessor Controlled Lower Limb Prosthesis
- Myoelectric Upper Extremity Prosthetic Devices
- Neuromuscular Electrical Training for the Treatment of Obstructive Sleep Apnea or Snoring
- Noninvasive Electrical Bone Growth Stimulation of the Appendicular Skeleton
- Robotic Arm Assistive Devices
- Standing Frames
- Ultrasonic Diathermy Devices
- Ultrasound Bone Growth Stimulation
- Powered Wheeled Mobility Devices

**Gender Affirming Surgery**

- Clear confirmation that the group has excluded the benefit is required. If the benefit is covered, pre-certification is required.

**Human Organ and Bone Marrow/Stem Cell Transplants:**

- Inpatient admits for ALL solid organ and bone marrow/stem cell transplants (Including Kidney only transplants)
- Outpatient: All procedures considered to be transplant or transplant related including but not limited to:
  - Donor Leukocyte Infusion
  - Intrathecal treatment of Spinal Muscular Atrophy (SMA) Spinraza (nusinersen)
  - Stem Cell/Bone Marrow transplant (with or without myeloablative therapy)

**(CAR) T-cell immunotherapy treatment including but not limited to:**

- Axicabtagene ciloleucel (Yescarta™)
- Amtagvi (lifileucel)
- Brexucabtagene Autoleucel (Tecartus)
- Carvykti (ciltacabtagene autoleucel)
- idecabtagene vicleucel (Abecma)
- lisocabtagene maraleucel (Breyanzi)
- Tisagenlecleucel (Kymriah™)

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

**Gene Replacement Therapy** (Clear confirmation that the group has excluded the benefit is required. If the benefit is covered, pre-certification is required) including but not limited to:

- Gene Therapy for Ocular Conditions/ Voretigene neparvovec-rzyl (Luxturna™)
- Gene Therapy for Spinal Muscular Atrophy/ onasemnogene abeparvovec-xioi (Zolgensma®)
- Gene Therapy for Hemophilia
- Gene Therapy for Beta Thalassemia Betibeglogene autotemcel (ZYNTEGLO)
- Gene Therapy for Cerebral Adrenoleukodystrophy (CALD)
- Gene Therapy for Duchenne Muscular Dystrophy
- Gene Therapy for Sickle Cell Disease
- Gene Therapy for Metachromatic Leukodystrophy

**Mental Health/Substance Use Disorder (MHSUD):**

- Acute Inpatient Admissions
- Transcranial Magnetic Stimulation (TMS)
- Residential Care
- Behavioral Health in-home Programs
- Applied Behavioral Analysis (ABA)
- Intensive Outpatient Therapy (IOP)
- Partial Hospitalization (PHP)

**Other Outpatient and Surgical Services:**

- Aduhelm (aducanumab)
- Ambulance Services: Air and Water (excludes 911 initiated emergency transport)
- Ablative Techniques as a Treatment for Barrett's Esophagus
- Allogeneic, Xenographic, Synthetic, Bioengineered, and Composite Products for Wound Healing and Soft Tissue Grafting
    - Insertion/injection of prosthetic material collagen implants
- Axial Lumbar Interbody Fusion
- Balloon Sinus Ostial Dilation
- Bariatric Surgery and Other Treatments for Clinically Severe Obesity
- Blepharoplasty, Blepharoptosis Repair, and Brow Lift
- Bone-Anchored and Bone Conduction Hearing Aids
- Breast Procedures; including Reconstructive Surgery, Implants and other Breast Procedures

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

- Bronchial Thermoplasty
- Cardiac Contractility Modulation Therapy
- Cardiac Resynchronization Therapy (CRT) with or without an Implantable Cardioverter Defibrillator (CRT/ICD) for the Treatment of Heart Failure
- Carotid, Vertebral and Intracranial Artery Stent Placement with or without Angioplasty
- Cardioverter Defibrillators
- Cellular Therapy Products for Allogeneic Stem Cell Transplantation
- Cervical and Thoracic Discography
- Cochlear Implants and Auditory Brainstem Implants
- Corneal Collagen Cross-Linking
- Cosmetic and Reconstructive Services: Skin Related, including but not limited to:
    - Brachioplasty
    - Chin Implant, Mentoplasty, Osteoplasty Mandible
    - Procedures Performed on the Face, Jaw or Neck (including facial dermabrasion, scar revision)
- Cosmetic and Reconstructive Services of the Head and Neck, including but not limited to:
    - Facial Plastic Surgery Otoplasty – Rhinophyma
    - Rhinoplasty or Rhinoseptoplasty (procedure which combines both rhinoplasty and septoplasty)
    - Rhytidectomy (Face lift)
    - Cranial Nerve Procedures
    - Ear or Body Piercing
    - Frown Lines
    - Neck Tuck (Submental Lipectomy)
- Cosmetic and Reconstructive Services of the Trunk and Groin, including but not limited to:
    - Brachioplasty
    - Buttock/Thigh Lift
    - Congenital Abnormalities
    - Lipectomy/Liposuction
    - Repair of Pectus Excavatum/Carinatum
    - Procedures on the Genitalia
- Cryosurgical Ablation of Solid Tumors Outside the Liver
- Deep Brain, Cortical, and Cerebellar Stimulation
- Diaphragmatic/Phrenic Nerve Stimulation and Diaphragm Pacing Systems

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

- Doppler-Guided Transanal Hemorrhoidal Dearterialization
- Electrophysiology-Guided Noninvasive Stereotactic Cardiac Radioablation
- Endovascular Techniques (Percutaneous or Open Exposure) for Arterial Revascularization of the Lower Extremities)
- Extraosseous Subtalar Joint Implantation and Subtalar Arthroereisis
- Focal Laser Ablation for the Treatment of Prostate Cancer
- Functional Endoscopic Sinus Surgery (FESS)
- Home Parenteral Nutrition
- Hyperbaric Oxygen Therapy (Systemic/Topical)
- Immunoprophylaxis for respiratory syncytial virus (RSV)/ Synagis (palivizumab)
- Implantable Ambulatory Event Monitors and Mobile Cardiac Telemetry
- Implanted Devices for Spinal Stenosis
- Implanted (Epidural and Subcutaneous) Spinal Cord Stimulators (SCS)
- Implanted Artificial Iris Devices
- Implanted Port Delivery Systems to Treat Ocular Disease
- Implantable Infusion Pumps
- Implantable Peripheral Nerve Stimulation Devices as a Treatment for Pain
- Implantable Shock Absorber for Treatment of Knee Osteoarthritis
- Intracardiac Ischemia Monitoring
- Intraocular Anterior Segment Aqueous Drainage Devices (without extraocular reservoir)
- Keratoprosthesis
- Leadless Pacemaker
- Locoregional and Surgical Techniques for Treating Primary and Metastatic Liver Malignancies
- Lower Esophageal Sphincter Augmentation Devices for the Treatment of Gastroesophageal Reflux Disease (GERD)
- Lysis of Epidural Adhesions
- Mandibular/Maxillary (Orthognathic) Surgery
- Manipulation Under Anesthesia
- Mastectomy for Gynecomastia
- Mechanical Circulatory Assist Devices (Ventricular Assist Devices, Percutaneous Ventricular Assist Devices and Artificial Hearts)
- Meniscal Allograft Transplantation of the Knee
- Minimally Invasive Treatment of the Posterior Nasal Nerve to Treat Rhinitis
- Nasal Surgery for the Treatment of Obstructive Sleep Apnea and Snoring

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

- Oral, Pharyngeal and Maxillofacial Surgical Treatment for Obstructive Sleep Apnea or Snoring
- Outpatient Cardiac Hemodynamic Monitoring Using a Wireless Sensor for Heart Failure Management
- Panniculectomy and Abdominoplasty
- Partial Left Ventriculectomy
- Patent Foramen Ovale and Left Atrial Appendage Closure Devices for Stroke Prevention
- Penile Prosthesis Implantation
- Percutaneous and Endoscopic Spinal Surgery
- Percutaneous Neurolysis for Chronic Neck and Back Pain
- Percutaneous Vertebral Disc and Vertebral Endplate Procedures
- Percutaneous Vertebroplasty, Kyphoplasty and Sacroplasty
- Perirectal Spacers for Use During Prostate Radiotherapy
- Presbyopia and Astigmatism-Correcting Intraocular Lenses
- Private Duty Nursing in the Home Setting
- Reduction Mammaplasty
- Sacral Nerve Stimulation (SNS) and Percutaneous Tibial Nerve Stimulation (PTNS) for Urinary and Fecal Incontinence and Urinary Retention
- Sacral Nerve Stimulation as a Treatment of Neurogenic Bladder Secondary to Spinal Cord Injury
- Sacroiliac Joint Fusion, Open
- Self-Expanding Absorptive Sinus Ostial Dilation
- Sipuleucel-T (Provenge®) Autologous Cellular Immunotherapy for the Treatment of Prostate Cancer
- Surgical and Ablative Treatments for Chronic Headaches
- Therapeutic Apheresis
- Total Ankle Replacement
- Transcatheter Ablation of Arrhythmogenic Foci in the Pulmonary Veins
- Transcatheter Heart Valve Procedures
- Transendoscopic Therapy for Gastroesophageal Reflux Disease, Dysphagia and Gastroparesis
- Transmyocardial/Perventricular Device Closure of Ventricular Septal Defects
- Treatment of Osteochondral Defects
- Treatment of Temporomandibular Disorders
- Treatment for Urinary Incontinence
- Treatment of Varicose Veins (Lower Extremities)
- Vagus Nerve Stimulation

 *Eli Lilly and Company. All rights reserved.*

- Ovarian and Internal Iliac Vein Embolization as a Treatment for Pelvic Congestion Syndrome and Varicocele
- Venous Angioplasty with or without Stent Placement/ Venous Stenting
- Viscocanalostomy and Canaloplasty
- Wireless Cardiac Resynchronization Therapy for Left Ventricular Pacing
- Wearable Cardioverter-Defibrillator

**Out of Network Referrals:**

Out of Network Services for consideration of payment at in-network benefit level (may be authorized, based on network availability and/or medical necessity.)

**Radiation Therapy/ Radiology Services**

- Absolute Quantitation of Myocardial Blood Flow Measurement
- Catheter-based Embolization Procedures for Malignant Lesions Outside the Liver
- Cryosurgical or Radiofrequency Ablation to Treat Solid Tumors Outside the Liver
- Intensity Modulated Radiation Therapy (IMRT)
- MRI Guided High Intensity Focused Ultrasound Ablation for Non-Oncologic Indications
- Proton Beam Therapy
- Radioimmunotherapy and Somatostatin Receptor Targeted Radiotherapy (Azedra, Lutathera, Pluvicto, Zevalin)
- Stereotactic Radiosurgery (SRS) and Stereotactic Body Radiotherapy (SBRT)
- Wireless Capsule Endoscopy for Gastrointestinal Imaging and the Patency Capsule
- Xofigo (Radium Ra 223 Dichloride)

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

**Carelon Medical Benefits Management**

Carelon Medical Benefits Management, Inc., a separate company, is a nationally recognized leader delivering specialty benefits management on behalf of Anthem National Accounts *for certain health plan members*. Determine if preapproval is needed for <member> by calling the phone number printed on the back of the member's ID card. You may also call Carelon Medical Benefits Management toll-free at 866-714-1103, Monday to Friday, 8:00 a.m. to 6:00 p.m. ET.

Carelon Medical Benefits Management provides benefits management for the programs listed below:

> **Cardiovascular Services**
> **Diagnostic Imaging Management**
> **Genetic Testing**
> **Imaging Level of Care**
> **Musculoskeletal (MSK) Program**
> **Oncology Drugs**
> **Outpatient Sleep Testing and Therapy Services**

For more details on these programs, please visit the Carelon Medical Benefits Management site at Carelon Clinical Guidelines and Pathways | (carelonmedicalbenefitsmanagement.com).

**Note:** For codes noted as managed by Carelon Medical Benefits Management, precertification requirement applies to Vendor Program eligible members only.

**Services not requiring pre-certification for coverage, but recommended for pre-determination of medical necessity due to the existence of post service claim edits and/or the potential cost of services to the member if denied by Anthem for lack of medical necessity:**

(1) Procedures, equipment, and/or specialty infusion drugs which have medically necessary criteria determined by Corporate Medical Policy or Adopted Clinical Guidelines.

Note: A complete list of Medical Policies and Clinical Guidelines is available by visiting **Anthem.com** and using the Provider tab for accessing information. You may also call the Customer Service number on the member ID card to see if the specific requested code is subject to medical policy or clinical guideline criteria.

***Note:*** ***The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

# APPENDIX TO HEALTH BENEFITS

Note: This is a general summary of your current benefits under The Eli Lilly and Company Health Plan. While every effort has been made to make the information here as complete and accurate as possible, the health plan is fully detailed in a separate legal document. That document, not this overview, determines your rights and benefits under the plan. It also is subject to amendment, modification or termination by the company at any time, and amendments may be made retroactively. In addition, all references to coverage amounts in this summary refer only to those expenses that are eligible for reimbursement; ineligible expenses are not reimbursed by the plan and all services are subject to medical necessity as defined by each option. Please contact your employee benefits area or the specific option described below for additional information or to answer any questions you may have.

Exclusions are listed in the Appendix section entitled *Health Benefit Exclusions and Limitations* of this document.

If there is any question about the application of coverage to a particular medical treatment or service, you may contact Anthem member services at 1-866-814-3739. In general, the potential in-network benefit for each covered family member (subject to the applicable deductibles, coinsurance, maximum benefit levels, and other exclusions and limitations) for the services described below is provided at the 80 percent coverage level for the HSA and 90 percent coverage level for the HRA.

**Keep in mind that eligible out-of-network expenses require an additional 20 percent coinsurance amount and are subject to allowable amount limits.** In-network providers have agreed to negotiated rates that may be lower than the rates charged by an out-of-network provider. You will be responsible for any charges over the allowable amounts if you choose an out-of-network provider.

The allowable amount, with respect to medical services and supplies covered under the plan, is equal generally to the contracted rate for in-network services. For out-of-network services, the allowable amount is equal generally to approximately three hundred percent of the applicable Medicare rates for out-of-network services designated as professional by the plan administrator or an amount determined through an external data source in effect at the time the service was rendered for other non-network services or charges, not to exceed the actual amount billed to the participant. If Medicare is the primary payor, the allowable amount will be the Medicare-negotiated amount.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

## I. Schedule of Medical Benefits Under the HRA Option

| Medical Benefits | Selected services require precertification - See precertification list for details. All dollar and visit limits are combined in and out of network. Any benefits with combined visit limits will count services on the same date of services as one visit, unless otherwise noted. Deductibles apply to all services unless stated otherwise. All services are subject to medical necessity, medical policy and refer to allowable amounts. | |
|---|---|---|
| **Inpatient Care - Facility[3]** | **In-Network[1]** | **Out-of-Network[2, 6]** |
| Hospital services (room & board and ancillary facility services) | Covered at: 90% | Covered at: 70% |
| Skilled Nursing Facility | Covered at: 90% | Covered at: 70% |
| **Inpatient Care - Professional Services*** | **In-Network[1]** | **Out-of-Network[2, 6]** |
| Anesthesia | Covered at: 90% | Covered at: 70% |
| Assistant Surgeon<br>Covered only if surgery is covered | Covered at: 90% | Covered at: 70% |
| Diagnostic X-rays, Lab Tests | Covered at: 90% | Covered at: 70% |
| Physician/Surgeon | Covered at: 90% | Covered at: 70% |
| Consultation, Second Opinion<br>Outpatient/Office/Clinic<br><br>* See "Your Rights and Protections Against Surprise Medical Bills" above for coverage information about Out-of-Network services performed at an In-Network facility. | Covered at: 90% | Covered at: 70% |
| **Behavioral Health/ Substance Use Disorder[4]** | **In-Network[1]** | **Out-of-Network[2, 6]** |
| Alcohol/Substance Use Disorder Treatment - Inpatient | Covered at: 90% | Covered at: 90% |
| Alcohol/Substance Use Disorder Rehabilitation – Outpatient | Covered at: 90% | Covered at: 90% |
| Applied Behavioral Analysis (ABA) Therapy | Covered at: 90% | Covered at: 90% |
| Behavioral Health Treatment – Inpatient | Covered at: 90% | Covered at: 90% |

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

| | | |
|---|---|---|
| Behavioral Health – Outpatient | Covered at: 90% | Covered at: 90% |
| Residential Treatment Facility | Covered at: 90% | Covered at: 90% |
| Nutritional Counseling | Covered at: 90% | Covered at: 70% |
| Telemedicine (provided through licensed physicians/medical providers.) | Covered at: 90% | Covered at: 70% |
| **Emergency Care** | **In-Network[1]** | **Out-of-Network [2, 5]** |
| Ambulance | Covered at: 90% | Covered at: 90% |
| Emergency – Emergency Room (Facility and Physician)<br>All services will be paid at the in-network level of benefits (accidental injury and medical emergency diagnoses, including air ambulance, pay as emergency). | Covered at: 90% | Covered at: 90% |
| Non-Emergency – Emergency Room (Facility and Physician) | Covered at: 90% | Covered at: 70% |
| Urgent Care | Covered at: 90% | Covered at: 70% |
| **Outpatient Services - Professional and Facility** | **In-Network[1]** | **Out-of-Network [2, 5]** |
| Acupuncture<br><br>Benefit covered when administered by any licensed provider for selected medical diagnosis. Call Anthem for specific coverage. | Covered at: 90% | Covered at: 70% |
| ADD/ADHD<br><br>Includes Autistic Disease, Intellectual Disability, Developmental Delays and Learning Disabilities | Covered at: 90% | Covered at: 70% |
| Allergy testing and treatment | Covered at: 90% | Covered at: 70% |
| Anesthesia<br>Radiologist, anesthesiologist, pathologist, assistant Surgeon: Paid using the facility status (if the facility is Out-of-Network services are paid Out-of-Network; if facility is In-Network services are paid In-Network). | Covered at: 90% | Covered at: 70% |
| Assistant Surgeon<br>Radiologist, anesthesiologist, pathologist, assistant Surgeon: Paid using the facility status (if the facility is Out-of-Network services are paid Out-of-Network; if facility is In-Network services are paid In-Network). | Covered at: 90% | Covered at: 70% |

*Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

| | | |
|---|---|---|
| Cardiac Rehab | Covered at: 90% | Covered at: 70% |
| Chemotherapy | Covered at: 90% | Covered at: 70% |
| Chiropractic Spinal Manipulation<br><br>40 visit maximum per calendar year (includes all services performed by a licensed provider) | Covered at: 90% | Covered at: 70% |
| Consultation, Second Opinion<br>Outpatient/Office/Clinic | Covered at: 90% | Covered at: 70% |
| Accidental Dental<br><br>Charges for care rendered by a physician or dentist, which are required as a result of an accidental injury to the jaws, sound natural teeth, mouth or face, provided care commences within 90 days of the date of accident. Injury as a result of chewing or biting shall not be considered an accidental injury. | Covered at: 90% | Covered at: 70% |
| Diagnostic X-rays, Lab Tests (non-routine)<br>Out-of-Network independent lab covered at In-Network | Covered at: 90% | Covered at: 70% |
| Family Planning and Fertility Services<br><br>See Appendix V for a description of covered family planning and fertility services. Fertility services require the use of Progyny. Call Progyny at 844-535-0722. | Covered at the benefit level of the services billed up to two fertility cycles per family per lifetime. | Covered at the benefit level of the services billed up to two fertility cycles per family per lifetime. |
| Maternity Care (professional) | Covered at: 90% | Covered at: 70% |
| Occupational Therapy<br>60 visits per calendar year (Combined with any Physical Therapy)<br>Combined Institutional/Professional<br>Visit limits are waived when the primary diagnosis is mental health or substance use disorder. | Covered at: 90% | Covered at: 70% |
| Office Visit | Covered at: 90% | Covered at: 70% |
| Outpatient hospital services (facility) | Covered at: 90% | Covered at: 70% |
| Physical Therapy<br>60 visits per calendar year (Combined with Occupational Therapy)<br>Combined Institutional/Professional<br>Visit limits are waived when the primary diagnosis is mental health or substance use disorder. | Covered at: 90% | Covered at: 70% |

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

| | | |
|---|---|---|
| Radiation Therapy | Covered at: 90% | Covered at: 70% |
| Respiratory Therapy | Covered at: 90% | Covered at: 70% |
| Speech Therapy<br>60 visits per calendar year (not combined with any other therapy)<br>Combined Institutional/Professional<br>Visit limits are waived when the primary diagnosis is mental health or substance use disorder. | Covered at: 90% | Covered at: 70% |
| Surgery – Facility | Covered at: 90% | Covered at: 70% |
| Surgery – Professional<br>In an Outpatient hospital setting | Covered at: 90% | Covered at: 70% |
| TMJ Treatment<br>Covered for medical treatment (surgical and non-surgical)<br>Appliances covered | Covered at: 90% | Covered at: 70% |
| **Preventive Care Benefits** | **In-Network[1]** | **Out-of-Network [2, 5]** |
| Health Care Reform Services<br><br>Call Anthem Member Services using the number on your identification card for additional information about preventive services or view the Federal government's web sites: http://www.healthcare.gov/center/regulations/prevention.html, http://ahrq.gov/, and http://www.cdc.gov/vaccines/acip/index.html.<br><br>Includes selected Women's Health services such as: Female contraception, breast-feeding support, and gestational diabetes screening. | Covered at: 100%<br><br>No Deductible | Covered at: 100%<br><br>No Deductible |
| Colon cancer screenings (routine)<br>Routine Fecal Occult Blood Test<br>Routine Barium Enema<br>Routine Sigmoidoscopy | Covered at: 100%<br><br>No Deductible | Covered at: 100%<br><br>No Deductible |
| Colonoscopy (routine)<br><br>Facility and anesthesia services billed for routine colonoscopy covered at same benefit level as the colonoscopy | Covered at: 100%<br><br>No Deductible | Covered at: 100%<br><br>No Deductible |

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

| | | |
|---|---|---|
| Contraceptives – (as required under the Affordable Care Act)<br><br>IUDs, injections for Depo-Provera, diaphragm fittings, and other FDA approved birth control devices | Covered at: 100%<br><br>No Deductible | Covered at: 100%<br><br>No Deductible |
| Diagnostic X-rays and Lab tests (routine)<br>Includes bone density testing<br>Includes cholesterol screenings<br>Includes routine hearing screenings | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |
| Exam - Routine Adult physical<br>Includes routine gynecological exams | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |
| Exam - Well Child Care (up to age 19) | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |
| Immunizations - child and adult (routine)<br>Includes coverage for travel immunizations<br>Includes COVID-19 immunizations | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |
| Mammography (routine) | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |
| Pap smear (routine) | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |
| Prostate Cancer Screening - PSA (routine) | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |
| **Other Services** | **In-Network[1]** | **Out-of-Network[2, 5]** |
| Centers of Excellence Program<br><br>Indiana Orthopaedic Hospital (Orthoindy) – eligible expenses for hip and knee replacements and for lumbar fusion surgery.<br><br>Cleveland Clinic – eligible expenses for non-urgent, complex cardiac procedures consistent with the Cleveland Clinic program requirements.<br><br>Includes necessary travel expenses for an eligible employee or covered dependent to and from the Cleveland Clinic provided such travel expenses are arranged through and consistent with the Cleveland Clinic Centers of Excellence Program. Certain travel reimbursements may be deemed taxable income consistent with IRS regulations. | Covered at 100% after deductible when these COE facilities are used | Not Covered |

*Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

Lilly

| | | |
|---|---|---|
| Durable Medical Equipment (Purchase & Rental)<br><br>Diabetic Supplies covered by pharmacy plan are not covered under medical - including lancets, syringes, insulin, etc.<br><br>Diabetic supplies not covered under Pharmacy are covered by the medical plan.<br><br>Includes Medical supplies | Covered at: 90% | Covered at: 70% |
| Hearing Aids and Related Services | Covered at: 90% | Covered at: 90% |
| Hearing aids (both traditional and over-the-counter), hearing exams, fittings, replacement parts, repairs, and dispensing fees only. Replacement batteries are not covered.<br><br>The plan provides reimbursement for over-the-counter hearing aids with a prescription. | Limited to $3,000 as described below in "Hearing Aids and Related Services." | Limited to $3,000 as described below in "Hearing Aids and Related Services." |
| Home Health Care[3] | Covered at: 90% | Covered at: 70% |
| Hospice | Covered at: 90% | Covered at: 70% |
| Nutritional Counseling | Covered at: 90% | Covered at: 70% |
| Prosthetics and Orthotics<br><br>Includes initial glasses or contact lenses after cataract surgery<br><br>Wigs limited to 1 wig per person per plan year only with malignancy diagnosis<br><br>Foot orthotics are covered regardless of diagnosis. Limited to 2 pairs of shoes per plan year.<br><br>Breast prostheses are covered after mastectomy; unlimited | Covered at: 90% | Covered at: 70% |
| Telemedicine (provided through licensed physicians/medical providers.) | Covered at: 90% | Covered at: 70% |

*Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

| Transplants[3] | In-Network[1] | Out-of-Network[2, 5] |
|---|---|---|
| Organ Transplants<br>Eligible donor expenses are covered. | Covered at: 90% | Covered at: 70% |
| Travel and Lodging for Organ Transplants<br>Subject to limits up to $10,000 per covered transplant | Covered at 100% when a BDCT facility is used | Not covered |

Notes

1 Network provider renders care.

2 Out-of-Network services are those from a provider that does not participate with Anthem or with another Blue Cross and Blue Shield Plan through the BlueCard PPO. Subject to balance billing over allowed amount unless indicated otherwise.

3 Prior Authorization by our Medical Management program is required.

4 Behavioral Health/Substance Use Disorder services are administered by Anthem Behavioral Health. Prior Authorization is required for inpatient care.

5 The member is responsible for any Deductible, coinsurance and amount above the allowed amount. (This also applies to any claim that receives the in-network reimbursement level for a non-participating provider.)

*Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

## Pharmacy Benefits

**Pharmacy ID card must be presented to the pharmacists to receive benefits. Deductibles apply to all services unless stated otherwise.**

| Prescription Benefit [4] | In-Network [1] | Out-of-Network [2, 3] |
|---|---|---|
| Prescription Drugs | Covered at: 90%<br>Retail and Mail Order | Subject to Plan restrictions and allowable amounts<br>Retail and Mail Order |
| Preventive Prescription Drugs<br>See Preventive Drug List at Caremark.com | Covered at: 90%<br>No Deductible | Subject to Plan restrictions and allowable amounts<br>No Deductible |
| Contraceptives – (as required under the Affordable Care Act) | Covered at: 100%<br>No Deductible | Subject to Plan restrictions and allowable amounts<br>No Deductible |
| Insulin and Diabetic Supplies | Covered at: 100%<br>No Deductible | Subject to Plan restrictions and allowable amounts<br>No Deductible |

Notes

1 In-Network pharmacy.

2 Out-of-Network services are those from a provider that does not participate with CVS Caremark network.

3 The member is responsible for any Deductible, coinsurance and amount above the allowed amount. (This also applies to any claim that receives the in-network reimbursement level for a non-participating provider.)

4 Charges incurred above the allowable amount and for DAW penalty do not count toward your annual out-of-pocket responsibility (Deductible and/or Annual Out-of-Pocket Maximum.)

*Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

## II. Schedule of Medical Benefits Under the HSA Option

| Medical Benefits | Selected services require precertification - See precertification list for details. All dollar and visit limits are combined in and out of network. Any benefits with combined visit limits will count services on the same date of services as one visit, unless otherwise noted. Deductibles apply to all services unless stated otherwise. All services are subject to medical necessity, medical policy and refer to allowable amounts. | |
|---|---|---|
| **Inpatient Care - Facility[3]** | **In-Network[1]** | **Out-of-Network[2, 5]** |
| Hospital services (room & board and ancillary facility services) | Covered at: 80% | Covered at: 60% |
| Skilled Nursing Facility | Covered at: 80% | Covered at: 60% |
| **Inpatient Care - Professional Services*** | **In-Network[1]** | **Out-of-Network[2, 5]** |
| Anesthesia | Covered at: 80% | Covered at: 60% |
| Assistant Surgeon<br>Covered only if surgery is covered | Covered at: 80% | Covered at: 60% |
| Diagnostic X-rays, Lab Tests | Covered at: 80% | Covered at: 60% |
| Physician/Surgeon | Covered at: 80% | Covered at: 60% |
| Consultation, Second Opinion<br>Outpatient/Office/Clinic<br><br>* See "Your Rights and Protections Against Surprise Medical Bills" above for coverage information about Out-of-Network services performed at an In-Network facility. | Covered at: 80% | Covered at: 60% |

*Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

| Behavioral Health/ Substance Use Disorder [4] | In-Network[1] | Out-of-Network [2, 5] |
|---|---|---|
| Alcohol/Substance Use Disorder Treatment - Inpatient | Covered at: 80% | Covered at: 80% |
| Alcohol/Substance Use Disorder Rehabilitation – Outpatient | Covered at: 80% | Covered at: 80% |
| Applied Behavioral Analysis (ABA) Therapy | Covered at: 80% | Covered at: 80% |
| Behavioral Health Treatment – Inpatient | Covered at: 80% | Covered at: 80% |
| Behavioral Health – Outpatient | Covered at: 80% | Covered at: 80% |
| Residential Treatment Facility | Covered at: 80% | Covered at: 80% |
| Nutritional Counseling | Covered at: 90% | Covered at: 70% |
| Telemedicine (provided through licensed physicians/medical providers.) | Covered at: 90% | Covered at: 70% |
| **Emergency Care** | **In-Network[1]** | **Out-of-Network [2, 5]** |
| Ambulance | Covered at: 80% | Covered at: 80% |
| Emergency – Emergency Room (Facility and Physician)<br>All services will be paid at the in-network level of benefits (accidental injury and medical emergency diagnoses, including air ambulance, pay as emergency). | Covered at: 80% | Covered at: 80% |
| Non-Emergency – Emergency Room (Facility and Physician) | Covered at: 80% | Covered at: 60% |
| Urgent Care | Covered at: 80% | Covered at: 60% |
| **Outpatient Services - Professional and Facility** | **In-Network[1]** | **Out-of-Network [2, 5]** |
| Acupuncture<br><br>Benefit covered when administered by any licensed provider for selected medical diagnosis. Call Anthem for specific coverage. | Covered at: 80% | Covered at: 60% |
| ADD/ADHD<br><br>Includes Autistic Disease, Intellectual Disability, Developmental Delays and Learning Disabilities | Covered at: 80% | Covered at: 60% |
| Allergy testing and treatment | Covered at: 80% | Covered at: 60% |
| Anesthesia<br>* Radiologist, anesthesiologist, pathologist, assistant Surgeon: Paid using the facility status (if the facility is Out-of-Network services are paid Out-of-Network; if facility is In-Network services are paid In-Network). | Covered at: 80% | Covered at: 60% |

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation.* *Eli Lilly and Company. All rights reserved.*

| | | |
|---|---|---|
| Assistant Surgeon<br><br>* Radiologist, anesthesiologist, pathologist, assistant Surgeon: Paid using the facility status (if the facility is Out-of-Network services are paid Out-of-Network; if facility is In-Network services are paid In-Network). | Covered at: 80% | Covered at: 60% |
| Cardiac Rehab | Covered at: 80% | Covered at: 60% |
| Chemotherapy | Covered at: 80% | Covered at: 60% |
| Chiropractic Spinal Manipulation<br><br>40 visit maximum per calendar year (includes all services performed by a licensed provider) | Covered at: 80% | Covered at: 60% |
| Consultation, Second Opinion<br>Outpatient/Office/Clinic | Covered at: 80% | Covered at: 60% |
| Accidental Dental<br><br>Charges for care rendered by a physician or dentist, which are required as a result of an accidental injury to the jaws, sound natural teeth, mouth or face, provided care commences within 90 days of the date of accident. Injury as a result of chewing or biting shall not be considered an accidental injury. | Covered at: 80% | Covered at: 60% |
| Diagnostic X-rays, Lab Tests (non-routine)<br><br>Out-of-Network independent lab covered at In-Network | Covered at: 80% | Covered at: 60% |
| Family Planning and Fertility Services<br><br>See Appendix V for a description of covered family planning and fertility services. Fertility services require the use of Progyny. Call Progyny at 844-535-0722. | Covered at the benefit level of the services billed up to two fertility cycles per family per lifetime. | Covered at the benefit level of the services billed up to two fertility cycles per family per lifetime. |
| Maternity Care (professional) | Covered at: 80% | Covered at: 60% |
| Occupational Therapy<br>60 visits per calendar year (Combined with any Physical Therapy)<br>Combined Institutional/Professional<br>Visit limits are waived when the primary diagnosis is mental health or substance use disorder. | Covered at: 80% | Covered at: 60% |
| Office Visit | Covered at: 80% | Covered at: 60% |
| Outpatient hospital services (facility) | Covered at: 80% | Covered at: 60% |

***Note:*** *The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

| | | |
|---|---|---|
| Physical Therapy<br>60 visits per calendar year (Combined with Occupational Therapy)<br>Combined Institutional/Professional<br>Visit limits are waived when the primary diagnosis is mental health or substance use disorder. | Covered at: 80% | Covered at: 60% |
| Radiation Therapy | Covered at: 80% | Covered at: 60% |
| Respiratory Therapy | Covered at: 80% | Covered at: 60% |
| Speech Therapy<br>60 visits per calendar year (not combined with any other therapy)<br>Combined Institutional/Professional<br>Visit limits are waived when the primary diagnosis is mental health or substance use disorder. | Covered at: 80% | Covered at: 60% |
| Surgery – Facility | Covered at: 80% | Covered at: 60% |
| Surgery – Professional<br>In an Outpatient hospital setting | Covered at: 80% | Covered at: 60% |
| TMJ Treatment<br>Covered for medical treatment (surgical and non-surgical)<br>Appliances covered | Covered at: 80% | Covered at: 60% |
| **Preventive Care Benefits** | **In-Network[1]** | **Out-of-Network [2, 5]** |
| Health Care Reform Services<br><br>Call Anthem Member Services using the number on your identification card for additional information about preventive services or view the Federal government's web sites: http://www.healthcare.gov/center/regulations/prevention.html, http://ahrq.gov/, and http://www.cdc.gov/vaccines/acip/index.html.<br><br>Includes selected Women's Health services such as: Female contraception, breast-feeding support, and gestational diabetes screening. | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |
| Colon cancer screenings (routine)<br>Routine Fecal Occult Blood Test<br>Routine Barium Enema<br>Routine Sigmoidoscopy | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

Lilly

| | | |
|---|---|---|
| Colonoscopy (routine)<br><br>Facility and anesthesia services billed for routine colonoscopy covered at same benefit level as the colonoscopy | Covered at: 100%<br><br>No Deductible | Covered at: 100%<br><br>No Deductible |
| Contraceptives – (as required under the Affordable Care Act)<br><br>IUDs, injections for Depo-Provera, diaphragm fittings, and other FDA approved birth control devices | Covered at: 100%<br><br>No Deductible | Covered at: 100%<br><br>No Deductible |
| Diagnostic X-rays and Lab tests (routine)<br>Includes bone density testing<br>Includes cholesterol screenings<br>Includes routine hearing screenings | Covered at: 100%<br><br>No Deductible | Covered at: 100%<br><br>No Deductible |
| Exam - Routine Adult physical<br>Includes routine gynecological exams | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |
| Exam - Well Child Care (up to age 19) | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |
| Immunizations - child and adult (routine)<br>Includes coverage for travel immunizations<br>Includes COVID-19 immunizations | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |
| Mammography (routine) | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |
| Pap smear (routine) | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |
| Prostate Cancer Screening - PSA (routine) | Covered at: 100%<br>No Deductible | Covered at: 100%<br>No Deductible |

***Note:*** *The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

| Other Services | In-Network[1] | Out-of-Network [2, 5] |
|---|---|---|
| Centers of Excellence Program<br><br>Indiana Orthopaedic Hospital (Orthoindy) – eligible expenses for hip and knee replacements and for lumbar fusion surgery.<br><br>Cleveland Clinic – eligible expenses for non-urgent, complex cardiac procedures consistent with the Cleveland Clinic program requirements.<br><br>Includes necessary travel expenses for an eligible employee or covered dependent to and from the Cleveland Clinic provided such travel expenses are arranged through and consistent with the Cleveland Clinic Centers of Excellence Program. Certain travel reimbursements may be deemed taxable income consistent with IRS regulations. | Covered at 100% after deductible when these COE facilities are used | Not Covered |
| Durable Medical Equipment (Purchase & Rental)<br><br>Diabetic Supplies covered by pharmacy plan are not covered under medical - including lancets, syringes, insulin, etc.<br><br>Diabetic supplies not covered under Pharmacy are covered by the medical plan.<br><br>Includes Medical supplies | Covered at: 80% | Covered at: 60% |
| Hearing Aids and Related Services | Covered at: 80% | Covered at: 80% |
| Hearing aids (both traditional and over-the-counter), hearing exams, fittings, replacement parts, repairs, and dispensing fees only. Replacement batteries are not covered.<br><br>The plan provides reimbursement for over-the-counter hearing aids with a prescription. | Limited to $3,000 as described below in "Hearing Aids and Related Services." | Limited to $3,000 as described below in "Hearing Aids and Related Services." |
| Home Health Care[3] | Covered at: 80% | Covered at: 60% |
| Hospice | Covered at: 80% | Covered at: 60% |
| Nutritional Counseling | Covered at: 80% | Covered at: 60% |
| Prosthetics and Orthotics<br><br>Includes initial glasses or contact lenses after cataract surgery<br><br>Wigs limited to 1 wig per person per plan year only with malignancy diagnosis<br><br>Foot orthotics are covered regardless of diagnosis. Limited to 2 pairs of shoes per plan year.<br><br>Breast prostheses are covered after mastectomy; unlimited | Covered at: 80% | Covered at: 60% |
| Telemedicine (provided through licensed physicians/medical providers.) | Covered at: 80% | Covered at: 60% |

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

| Transplants[3] | In-Network[1] | Out-of-Network [2, 5] |
|---|---|---|
| Organ Transplants<br>Eligible donor expenses are covered. | Covered at: 80% | Covered at: 60% |
| Travel and Lodging for Organ Transplants<br>Subject to limits up to $10,000 per covered transplant | Covered at 100% when a BDCT facility is used | Not covered |

Notes

1 Network provider renders care.

2 Out-of-Network services are those from a provider that does not participate with Anthem or with another Blue Cross and Blue Shield Plan through the BlueCard PPO. Subject to balance billing over allowed amount unless indicated otherwise.

3 Prior Authorization by our Medical Management program is required.

4 Behavioral Health/Substance Use Disorder services are administered by Anthem Behavioral Health. Prior Authorization is required for inpatient care.

5 The member is responsible for any Deductible, coinsurance and amount above the allowed amount. (This also applies to any claim that receives the in-network reimbursement level for a non-participating provider.)

*Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

| **Pharmacy Benefits** | **Pharmacy ID card must be presented to the pharmacists to receive benefits. Deductibles apply to all services unless stated otherwise.** | |
|---|---|---|
| **Prescription Benefit [4]** | **In-Network[1]** | **Out-of-Network [2, 3]** |
| Prescription Drugs | Covered at: 80%<br>Retail and Mail Order | Subject to Plan restrictions and allowable amounts<br>Retail and Mail Order |
| Preventive Prescription Drugs<br>See Preventive Drug List at Caremark.com | Covered at: 80%<br>No Deductible | Subject to Plan restrictions and allowable amounts<br>No Deductible |
| Contraceptives – (as required under the Affordable Care Act) | Covered at: 100%<br>No Deductible | Subject to Plan restrictions and allowable amounts<br>No Deductible |
| Insulin and Diabetic Supplies | Covered at: 100%<br>No Deductible | Subject to Plan restrictions and allowable amounts<br>No Deductible |

Notes

1 In-Network pharmacy.

2 Out-of-Network services are those from a provider that does not participate with CVS Caremark network.

3 The member is responsible for any Deductible, coinsurance and amount above the allowed amount. (This also applies to any claim that receives the in-network reimbursement level for a non-participating provider.)

4 Charges incurred above the allowable amount and for DAW penalty do not count toward your annual out-of-pocket responsibility (Deductible and/or Annual Out-of-Pocket Maximum.)

*Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

## III. Preventive Care Benefit (applies to both high deductible plan options with either an HRA or HSA)

The high deductible health plan options cover preventive services without cost-sharing when using an in-network provider that: (A) are indicated by the United States Preventive Services Task Force (USPSTF) as recommended preventive services rated ‘A’ or ‘B’; (B) are indicated by the Centers for Disease Control and Prevention Advisory Committee on Immunization Practices (ACIP) as recommended immunizations; (C) any additional preventive care and screenings for women not recommended by the USPSTF but provided for in the Health Resources and Services Administration’s (HRSA) guidelines; and (D) preventive screenings and care for infants, children, and adolescents that are provided for in the HRSA guidelines.

The preventive care benefit is designed to detect and treat medical conditions to prevent avoidable premature injury, illness and death.

All discounted rates and charges up to the allowable amount are paid by the plan at 100% for eligible in-network preventive medical services. If any prescription drug is on the preventive prescription drug list, the prescription drug expense is not subject to the deductible and does not apply to the deductible and you will only be responsible for the applicable coinsurance under the HRA (10%) or HSA (20%) for prescription drugs. Some preventive prescription drugs are required to be covered at 100% under federal requirements. Charges that exceed the allowable amount are your responsibility and will not apply toward your deductible or out-of-pocket maximum. Should you receive additional preventive services beyond this benefit, they will be covered as any other eligible expense.

**Preventive Medical Services for Eligible Massachusetts Participants only:** If you are an eligible employee and you reside in the Commonwealth of Massachusetts or if you are otherwise eligible for health care coverage under the Massachusetts Health Care Reform Law, the plan pays 100% for up to three periodic preventive visits each calendar year. In addition, the plan pays 100% for a maximum of six periodic preventive visits each calendar year for you and your covered dependents eligible for coverage under Employee + 1 or more Dependents coverage.

**Preventive Therapy Drug Categories**

In general, the plan provides coverage for preventive drugs through its prescription drug benefit. The following are examples of preventive drug categories: anticoagulants/antiplatelets, anticonvulsants, bowel preparations, cardiovascular conditions, coronary artery disease, diabetes, hematologic agents, hypertension, immunizing agents, mental health, osteoporosis, preventive care services, respiratory disorders, and women’s health. The categories are examples only and are subject to removal from time to time. Not all drugs included in these categories are eligible for preventive coverage. For a complete listing of preventive drugs covered under the plan, please see Caremark.com.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

Anthem BlueCross BlueShield

## IV. Vision Benefit

As a plan member, you have access to one of the nation's largest vision networks. You may choose from many private practice doctors, local optical stores, and national retail stores including LensCrafters®, Target Optical®, Sears Optical®, JCPenney® Optical and most Pearle Vision® locations. You may also use your in-network benefits to order eyewear online at Glasses.com and ContactsDirect.com. To locate a participating network eye care doctor or location, login at **anthem.com** and select the **Cost and Care Finder**. You may also call member services for assistance at **1-866-723-0515**.

**Out-of-Network –** If you choose to, you may instead receive covered benefits outside of the Blue View Vision network. Just pay in full at the time of service, obtain an itemized receipt, and file a claim for reimbursement up to your maximum out-of-network allowance.

| YOUR BLUE VIEW VISION PLAN BENEFITS | IN-NETWORK | OUT-OF-NETWORK | FREQUENCY |
|---|---|---|---|
| **Routine Eye Exam** | | | |
| A comprehensive eye examination | $0 copay | Up to $42 allowance | Once every 12 months |
| **Eyeglass Frames** | | | |
| One pair of eyeglass frames | $150 allowance, then 20% off any remaining balance | Up to $45 allowance | Once every 12 months |
| **Eyeglass Lenses *(instead of contact lenses)*** | | | |
| One pair of standard plastic prescription lenses:<br>• Single vision lenses<br>• Bifocal lenses<br>• Trifocal lenses | <br>$15 copay<br>$15 copay<br>$15 copay | <br>Up to $40 allowance<br>Up to $60 allowance<br>Up to $80 allowance | Once every 12 months |
| **Eyeglass Lens Enhancements**<br>When obtaining covered eyewear from a Blue View Vision provider, you may choose to add any of the following lens enhancements at no extra cost. | | | |
| • Transitions Lenses (for a child under age 19)<br>• Standard polycarbonate (for a child under age 19)<br>• Factory scratch coating | $0 copay<br>$0 copay<br>$0 copay | No allowance when obtained out-of-network | Same as covered eyeglass lenses |
| **Contact Lenses *(instead of eyeglass lenses) You have a declining balance on your contact lenses*** | | | |
| • Elective conventional (non-disposable)<br>OR<br>• Elective disposable | $150 allowance, then 15% off any remaining balance<br>$150 allowance *(no additional discount)* | Up to $105 allowance<br>Up to $105 allowance | Once every 12 months |

This is a primary vision care benefit intended to cover only routine eye examinations and corrective eyewear. Blue View Vision is for routine eye care only. If you need medical treatment for your eyes, visit a participating eye care doctor from your medical network. Benefits are payable only for expenses incurred while the group and insured person's coverage is in force. This information is intended to be a brief outline of coverage.

**EXCLUSIONS & LIMITATIONS (not a comprehensive list – please refer to the member Certificate of Coverage for a complete list)**

**Combined Offers.** Not to be combined with any offer, coupon, or in-store advertisement.
**Excess Amounts.** Amounts in excess of covered vision expense.
**Sunglasses.** Plano sunglasses and accompanying frames.
**Safety Glasses.** Safety glasses and accompanying frames.
**Not Specifically Listed.** Services not specifically listed in this plan as

**Lost or Broken Lenses or Frames.** Any lost or broken lenses or frames are not eligible for replacement unless the insured person has reached his or her normal service interval as indicated in the plan design.
**Non-Prescription Lenses.** Any non-prescription lenses, eyeglasses or contacts. Plano lenses or lenses that have no refractive power.
**Orthoptics.** Orthoptics or vision training and any associated supplemental

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation.*** ***Eli Lilly and Company. All rights reserved.***

Lilly

covered services. testing.

| OPTIONAL SAVINGS AVAILABLE FROM BLUE VIEW VISION IN-NETWORK PROVIDERS ONLY | | In-network Member Cost (after any applicable copay) |
|---|---|---|
| **Retinal Imaging** - at member's option can be performed at time of eye exam | | Not more than $39 |
| **Eyeglass lens upgrades**<br>When obtaining eyewear from a Blue View Vision provider, you may choose to upgrade your new eyeglass lenses at a discounted cost. Eyeglass lens copayment applies. | Transitions lenses (Adults)<br>Standard Polycarbonate (Adults)<br>Tint (Solid and Gradient)<br>UV Coating<br>Progressive Lenses[1]<br>Standard<br>Premium Tier 1<br>Premium Tier 2<br>Premium Tier 3<br>Anti-Reflective Coating[2]<br>Standard<br>Premium Tier 1<br>Premium Tier 2<br>Other Add-ons | $75<br>$40<br>$15<br>$15<br>$65<br>$85<br>$95<br>$110<br>$45<br>$57<br>$68<br>20% off retail price |
| **Additional Pairs of Eyeglasses**<br>Anytime from any Blue View Vision network provider. | Complete Pair<br>Eyeglass materials purchased separately | 40% off retail price<br>20% off retail price |
| **Eyewear Accessories** | Items such as non-prescription sunglasses, lens cleaning supplies, contact lens solutions, eyeglass cases, etc. | 20% off retail price |
| **Contact lens fit and follow-up**<br>A contact lens fitting and up to two follow-up visits are available to you once a comprehensive eye exam has been completed. | Standard contact lens fitting[3]<br>Premium contact lens fitting[4] | Up to $55<br>10% off retail price |
| **Conventional Contact Lenses** | Discount applies to materials only | 15% off retail price |

[1] Please ask your provider for his/her recommendation as well as the available progressive brands by tier.

[2] Please ask your provider for his/her recommendation as well as the available coating brands by tier.

[3] Standard fitting includes spherical clear lenses for conventional wear and planned replacement. Examples include but are not limited to disposable and frequent replacement.

[4] Premium fitting includes all lens designs, materials and specialty fittings other than standard contact lenses. Examples include but are not limited to toric and multifocal.

Discounts are subject to change without notice. Discounts are not 'covered benefits' under your vision plan and will not be listed in your Plan Summary Document. Discounts will be offered from in-network providers except where state law prevents discounting of products and services that are not covered benefits under the plan. Discounts on frames will not apply if the manufacturer has imposed a no discount policy on sales at retail and independent provider locations. Some of our in-network providers include:

GLASSES.COM contactsdirect LENSCRAFTERS PEARLE VISION OPTICAL sears OPTICAL JCPenney | optical

| ADDITIONAL SAVINGS AVAILABLE THROUGH ANTHEM'S SPECIAL OFFERS PROGRAM * |
|---|
| Savings on items like additional eyewear after your benefits have been used, non-prescription sunglasses, hearing aids and even LASIK laser vision correction surgery are available through a variety of vendors. Just **log in at anthem.com**, select discounts, then Vision, Hearing & Dental. |

* Discounts cannot be used in conjunction with your covered benefits.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation.*** ***Eli Lilly and Company. All rights reserved.***

**OUT-OF-NETWORK**

If you choose to receive covered services or purchase covered eyewear from an out-of-network provider, network discounts will not apply and you will be responsible for payment of services and/or eyewear materials at the time of service. Please complete an out-of-network claim form and submit it along with your itemized receipt to the fax number, email address, or mailing address below. To download a claim form, log in at **anthem.com**, or from the home page menu under Support select Forms, click Change State to choose your state, and then scroll down to Claims and select the Blue View Vision Out-of-Network Claim Form. You may instead call member services at **1-866-723-0515** to request a claim form.

**To Fax:** 866-293-7373
**To Email:** oonclaims@eyewearspecialoffers.com
**To Mail:** Blue View Vision
Attn: OON Claims
P.O. Box 8504
Mason, OH 45040-7111

Transitions and the swirl are registered trademarks of Transitions Optical, Inc.
Anthem Blue Cross and Blue Shield is the trade name of: In Indiana: Anthem Insurance Companies, Inc. In Kentucky: Anthem Health Plans of Kentucky, Inc. In Missouri (excluding 30 counties in the Kansas City area): RightCHOICE® Managed Care, Inc. (RIT), Healthy Alliance® Life Insurance Company (HALIC), and HMO Missouri, Inc. RIT and certain affiliates administer non-HMO benefits underwritten by HALIC and HMO benefits underwritten by HMO Missouri, Inc. RIT and certain affiliates only provide administrative services for self-funded plans and do not underwrite benefits. In Ohio: Community Insurance Company. In Wisconsin: Blue Cross Blue Shield of Wisconsin (BCBSWI), underwrites or administers PPO and indemnity policies and underwrites the out of network benefits in POS policies offered by Compcare Health Services Insurance Corporation (Compcare) or Wisconsin Collaborative Insurance Company (WCIC). Compcare underwrites or administers HMO or POS policies; WCIC underwrites or administers Well Priority HMO or POS policies. Independent licensees of the Blue Cross and Blue Shield Association. ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross and Blue Shield names and symbols are registered marks of the Blue Cross and Blue Shield Association. Blue View Vision FS 2017

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

## V. Additional Description of Medical Benefits

Subject to applicable deductibles, coinsurance, maximum benefit levels, calendar year visit limitations, and other exclusions and limitations as specified in **your** medical plan option, defined under the Lilly Health Plan document.

### Family Planning and Fertility Services

The plan will pay for family planning services including, but not limited to, insertion and removal of subcutaneous hormone implants, IUD insertion and removal, vasectomies, elective abortions, and tubal ligations. The plan will also pay for fertility services including, but not limited to, artificial insemination (IUI), cryopreservation of oocytes and sperm (with up to one year of storage), FDA bloodwork and testing, fresh IVF cycle, frozen embryo transfer (FET), frozen oocyte transfer, IVF freeze-all, pre-authorized fertility medications, PGT-A (PGS, or pre-implantation genetic screening) to assess embryo viability, PGT-M (PGD, or pre-implantation genetic diagnosis), tissue transportation (transportation of member's previously frozen reproductive tissue to in-network facilities), and the purchase of donor tissue (eggs and sperm). Plan participants must access the above described fertility services through Progyny, Inc. and its provider network for coverage to apply. Effective January 1, 2023, coverage for the services described in this paragraph shall be limited to two fertility cycles per family per lifetime as defined by Progyny, Inc. for an eligible employee or his covered dependents.

The plan also provides coverage for the diagnosis and treatment of an underlying medical condition that causes infertility. Covered services include diagnostic and exploratory procedures to determine whether a participant suffers from infertility. This includes medically necessary surgical procedures to correct any diagnosed disease or condition affecting the reproductive organs. The plan does not cover reversals of voluntary, surgically-induced sterilizations, or other similar procedures or treatment.

### Menopausal Support

Beginning January 1, 2025, you have access to menopausal support through Progyny including virtual clinical care from OBGYNs, women's health nurse practitioners and registered dieticians. Progyny's care will be based on your symptoms, medical history, and personal goals and may include hormone therapy, non-hormonal medications, supplements, and lifestyle support for symptom relief. Your regular deductible and co-insurance will apply for virtual visits, lab testing, bloodwork, and prescriptions. Call (844) 535-0722 to schedule an appointment.

### Hearing Aids and Related Services

Subject to the plan limits, and after eligible employees and covered dependents have met the high deductible health plan annual deductible, the plan covers hearing aids and related services supported by medical coding documentation as may be required by the plan. Hearing aids and related services include hearing aids, hearing exams, fittings, replacement parts, repairs, and dispensing fees only. Beginning January 1, 2024, the plan provides reimbursement for over-the-counter hearing aids with a prescription. The plan does not cover replacement batteries or other aids or services. Eligible expenses for hearing aids (both traditional and over-the-counter) and related services shall be limited to a maximum of $3,000 each for you and your covered dependents every three (3) years beginning from the first date that any eligible expenses for such hearing aids and related services are incurred for each individual.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

**Maternity**

The plan will pay for maternity services as described below.

1. **Normal Deliveries**: The plan will pay for physician obstetrical care for normal deliveries and complications of pregnancy that result in a normal delivery. The plan provides reimbursement for a hospital stay of 48 hours for a normal delivery unless a decision is made by an attending provider (pursuant to the Newborns' and Mothers' Health Protection Act), in consultation with the mother (or the newborn's authorized representative with respect to a newborn), to discharge the mother or newborn earlier. This coverage can be extended if medically necessary. Obstetrical care includes delivery care and standard prenatal and postnatal visits, including follow-up nursing visits in the home in lieu of hospitalization.

2. **Caesarean Deliveries**: The plan will pay for physician obstetrical care for caesarean deliveries and complications of pregnancy that result in a caesarean delivery. The plan provides reimbursement for a hospital stay of 96 hours for a caesarean delivery unless a decision is made by an attending provider (pursuant to the Newborns' and Mothers' Health Protection Act), in consultation with the mother (or the newborn's authorized representative with respect to a newborn), to discharge the mother or newborn earlier. This coverage may be extended if medically necessary. Obstetrical care includes delivery care and standard prenatal and postnatal visits including follow-up nursing visits in the home in lieu of hospitalization.

3. **Nondeliveries**: The plan will pay for physician obstetrical care for pregnancies that do not result in a live delivery due to complications such as miscarriage. Obstetrical care includes surgical care, prenatal lab-work, and standard prenatal visits.

4. **Certified Midwife Services**: The plan will pay for obstetrical care and the services of a certified midwife given at a facility with National Association of Childbirth accreditation and/or other state licensure, or associated with a home delivery, in accordance with the plan's administrative guidelines.

## Inpatient Services

**a) Hospital and Skilled-Care Facility Services:**

The plan will pay the daily semiprivate room and board and inpatient hospital services for your confinements in a hospital specified below.

1. Medical: hospital inpatient room and board and inpatient hospital services without major surgery and with a medical diagnosis are covered, including inpatient services required as a result of an alcohol or drug overdose.
2. Surgical: hospital inpatient room and board and inpatient hospital services resulting from an eligible surgical procedure.
3. Hospital inpatient room and board and inpatient hospital services in a hospital for normal and caesarean deliveries.
4. Hospital inpatient room and board and inpatient hospital services in a hospital for complications of pregnancy and pregnancies that do not result in a delivery due to miscarriage or other complication.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

5. Daily room and board and ancillary services in an approved skilled-care facility. Ancillary services, including inpatient nursing care, pathology and radiology procedures, drugs, and supplies. The skilled-care facility may be used immediately after a hospital admission or in lieu of a hospitalization. Concurrent hospital and nursing home benefits may not be received.
6. Prescription drugs provided in the hospital or skilled-care facility or as take-home medications.

**b) Physician Services:**

1. **Inpatient Surgery:**

   A. **Primary Surgeon**: The plan will pay for surgery by a primary surgeon for surgeries performed on an inpatient basis. Normal presurgical and postsurgical encounters with the surgeon are also included.
   B. **Assistant Surgeon**: The plan may pay for some services by an assistant surgeon, in accordance with the administrative guidelines of the medical plan option.
   C. **Anesthesia**: The plan will pay for services by an anesthesiologist or anesthetist for surgeries, including deliveries. Normal presurgical and postsurgical encounters and the usual monitoring procedures are also included.
   D. **Mastectomy Related Reconstructive Surgery**: The plan covers services by a primary surgeon and an assistant surgeon for reconstructive surgery in connection with a mastectomy. Coverage is provided for all states of reconstruction of the breast on which the mastectomy has been performed, surgery and reconstruction of the other breast to produce a symmetrical appearance, and prostheses and physical complications arising from all stages of mastectomy.

2. **Visits:**

   A. **Hospital Visits**: The plan will pay for visits to inpatients in a hospital by a physician.

   B. **Extended Care Visits**: The plan will pay for physician visits to an inpatient during an approved skilled-care facility admission.

## Outpatient Services

**a) Hospital Services:**

1. **Emergency Room**. The plan will pay for services for a medical emergency performed in the emergency area of a hospital outpatient facility.
2. **Other hospital charges**. The plan will pay for the following **medically necessary** charges:

   A. **Surgical Procedures**: services for eligible outpatient surgical procedures, including surgical procedures performed in a hospital outpatient facility or other surgical facility.

   B. **Radiology and Pathology**: the technical component of radiology and pathology services.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

C. **Other Hospital Services**: services other than emergency room, surgical procedures, radiology and pathology, performed in a hospital, such as pharmacy and supplies.

D. **Maternity**: services for maternity nondelivery procedures including miscarriages and other procedures, such as amniocentesis and ultrasound.

**b) Physician Services:**

The plan will pay for the following physician services performed in a hospital on an outpatient basis or in the physician's office or other health care facility, including telemedicine services, for the **medically necessary** treatment of an illness or injury, including:

1. **Surgical procedure charges for physician services**, including normal presurgical and postsurgical encounters.
2. **Anesthesia**: services by an anesthesiologist or anesthetist for outpatient surgical procedures.
3. **Office Visits**: other visits to a physician's office.
4. **Home Visits**: physician visits to the patient in the patient's home or a custodial facility.
5. **Therapeutic Injections**: professional services and materials related to therapeutic injections when provided by the staff of the attending physician.
6. **Allergy Testing**: professional services and materials related to allergy tests when provided by the staff of the attending physician.
7. **Allergy Extracts**: professional services and materials related to allergy extracts (serum, syringes, etc.) when provided by the staff of the attending physician.
8. **Diagnostic Testing and Other Miscellaneous Services**: including X-rays, lab-tests, EKGs, biofeedback, gastroenterology, otorhinolaryngology services, vestibular function tests, noninvasive vascular diagnostic studies, pulmonary, neurology, chemotherapy, and dermatology.
9. **Emergency Room Visits**: visits to the emergency area of a hospital, or outpatient facility, by either a physician, primary-care physician, or the hospital staff physician for services related to a medical emergency.
10. **Specialist Consultations or Office Visits**: a consultation includes services rendered by a physician or other appropriate professional for the further evaluation or management of the patient.

**c) Other Services and Supplies:**

The plan will pay for the following other **medically necessary** services and supplies performed or provided in a hospital or on an outpatient basis or in the physician's office or other health care facility. Visit limits are waived when the primary diagnosis is mental health or substance use disorder.

1. **Physical Therapy**: services provided by a physical therapist under direction of a physician; limited to 60 visits per calendar year. (Physical Therapy and Occupational Therapy have a combined 60 visit limit per calendar year).
2. **Occupational Therapy**: services provided by an occupational therapist under direction of a physician; limited to 60 visits per calendar year. (Occupational Therapy and Physical Therapy have a combined 60 visit limit per calendar year.)
3. **Speech Therapy**: services of a speech therapist under the direction of a physician; limited to 60 visits per calendar year.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

4. **Respiratory Therapy**: services provided by a respiratory therapist under the direction of a physician.
5. **Cardiovascular**: therapeutic services (e.g., CPR), cardiography (e.g., EKGs), cardiac catheterization, and other cardiovascular services performed by a physician.
6. **Dialysis**: services by a physician and his or her staff for dialysis treatment, including hemodialysis, peritoneal dialysis, and miscellaneous dialysis procedures.
7. **Radiology**: professional services by a physician when an X-ray is performed in the office, hospital outpatient department, or other facility.
8. **Pathology**: professional services by a physician when a lab procedure is performed in the office, hospital outpatient department, or other facility.
9. **Urgent Care Center Services**: physician or other appropriate professional and other services provided at a facility that provides medical services with extended hours. Only in-network facilities are eligible, except for services and facilities that are out-of-area urgent care, such as for vacation travel.
10. **Cardiac Rehabilitation**: program of treatment and education, provided by either JCAHO or American Osteopathic Association Hospital inpatient department, outpatient department or physician-directed clinic, for a patient with a rehabilitative cardiac condition following an acute event defined as acute, myocardial infarction, coronary bypass graft surgery, percutaneous transluminal coronary angioplasty, cardiac transplantation, or cardiac valve surgery.
11. **Intensive Rehabilitation**: services for the restoration of an individual to normal or near-normal purposeful function following a sickness or injury that has occurred within the last six (6) months and with the potential for rehabilitation in lieu of hospitalization in accordance with administrative guidelines. Physical therapy services must be rendered at least three times per week regardless of setting and with documentation of measurable progress. Rehabilitation care must be directed by professional medical personnel licensed within the state in which they practice.
12. **Pulmonary Rehabilitation**: program of treatment and education, provided by either JCAHO or American Osteopathic Association Hospital inpatient department, outpatient department or physician-directed clinic, for a patient with a rehabilitative pulmonary condition.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

## Other Services and Supplies

The plan will pay for the following **medically necessary** services and supplies:

a) **Home Health Care:** a program of care provided by a public agency or private organization, or a subdivision of such an agency or organization, which is primarily engaged in providing skilled nursing services and other therapeutic services in the home or places of residence of its patients; which has policies established by a group of professional personnel associated with the agency or organization, including one or more physicians and one or more registered nurses, to govern the services which it provides, and provides for the supervision of such services by a physician or registered nurse; and which maintains clinical records of all patients.

b) **Hospice Care**: services provided by a Hospice through a program designated to provide care for those who have a terminal diagnosis and a life expectancy of twelve (12) months or less. Approval must be given by the plan administrator. Hospice care must be rendered or provided by either a distinct hospital program designated to provide hospice care or by a Medicare-certified hospice program as ordered by the physician. Hospice care must be directed by professional medical personnel licensed within the state in which they practice. Home hospice care must include intermittent registered nurse visits for skilled-care needs and may include up to eight hours per day of home health aide services through a Medicare-licensed home health care provider. The emphasis is on the easing of the dying process for the patient and family and pain reduction control. Treatment is palliative rather than curative. Benefit is limited to twelve (12) consecutive months' coverage.

c) **Ambulance:** medically necessary professional ambulance service to and from a hospital in connection with the treatment of an illness or injury or medical emergency. Ambulance service is not covered under the following circumstances: When utilized primarily for convenience or by the preference of employee, covered dependent, family, or physician.

d) **Prosthetics:** artificial parts that replace a missing body part or improve a body function (for example, an artificial limb, heart valve, or medically necessary reconstruction). Special braces required to maintain the function of a disabled limb or support a functionally impaired body part are also included.

e) **Durable Medical Equipment:** medical equipment which can withstand repeated usage, is not disposable, and is used to serve a medical purpose, is generally not useful to a person in the absence of an illness or injury, and is appropriate for use in the home.

f) **Outpatient Diagnostic Laboratory Services**: eligible expenses for outpatient diagnostic laboratory services, including diagnostic testing and lab processing and handling fees. Eligible expenses billed through the Indiana Lab network facilities will be paid at no coinsurance after the deductible is met. The Indiana Lab network facilities will include certain providers as designated by the Employee Benefits Committee.

g) **Organ or Tissue Transplants:** eligible expenses for both the donor and the recipient when the recipient is a member and the transplant is not excluded. Travel expenses are included when utilizing in-network Centers of Excellence while being under case management services. Medical expenses associated with the donation of an organ or tissue are not covered for the donor if the organ or tissue recipient is not a member.

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

h) **Centers of Excellence Program:** eligible expenses for services approved through the Centers of Excellence Program. The Centers of Excellence Program will provide coverage for eligible expenses for hip and knee replacements and for lumbar fusion surgery incurred at Indiana Orthopaedic Hospital (Orthoindy) and eligible expenses for non-urgent, complex cardiac procedures performed at Cleveland Clinic consistent with program requirements. Such eligible expenses for the Cleveland Clinic will include necessary travel expenses for an eligible employee or covered dependent to and from the Cleveland Clinic provided such travel expenses are arranged through and consistent with the Cleveland Clinic Centers of Excellence Program.

i) **Chiropractic Spinal Manipulation:** limited to 40 visits per calendar year, includes all services provided by a licensed provider.

j) **Nocturnal airway passage devices:** nocturnal airway passage devices with a medical diagnosis following a sleep study.

k) **Travel and Lodging:** effective June 24, 2022, legally permissible travel and lodging expenses for eligible medical care are covered, subject to IRS limits, if such care is not legally available within 50 miles of the eligible employee's or his covered dependents' home address. Such coverage is limited to $2,500 per occurrence and is covered at 100% once the deductible has been met. Eligible travel and lodging expenses include coach/economy airfare, personal mileage, bus and/or ride share costs, parking, and expenses for lodging.

l) **Approved Clinical Trial Coverage:** routine patient costs, as defined in Section 2709 of the Affordable Care Act and its implementing regulations, are covered for an eligible employee and his covered dependents participating in an approved clinical trial for the treatment of cancer or other life-threatening disease or condition, consistent with the provisions of Section 2709 of the Affordable Care Act. The clinical trial must involve a drug that is exempt under federal regulations from an investigational new drug application or is being conducted under an investigational new drug application approved by the U.S. Food and Drug Administration.

m) **Gender Affirming Services:** certain gender affirming benefits to eligible employees and covered dependents in accordance with administrative guidelines established by the claims administrator which generally take into consideration the World Professional Association for Transgender Health's Standards of Care for the Health of Transgender and Gender Diverse People – Eighth Version (2022) and may be amended from time to time. Certain gender affirming services that are reflected in administrative guidelines and adopted by the Plan Administrator require pre-certification and are subject to other plan restrictions.

n) **Residential Treatment Center/Facility:** Care in an Inpatient Facility that treats Mental Health and Substance use disorder conditions. The Facility must be licensed as a Residential Treatment Center in the state in which it is located and be accredited by The Joint Commission (TJC), the Commission on Accreditation of Rehabilitation Facilities (CARF), the National Integrated Accreditation for Healthcare Organizations (NIAHO), or the Council on Accreditation (COA).

The term Residential Treatment Center/Facility does not include a Provider, or that part of a Provider, used mainly for 1) Nursing care, 2) Rest care, 3) Convalescent care, 4) Care of the aged, 5) Custodial care or 6) Educational care.

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

## VI. Health Benefit Exclusions and Limitations

No payment will be made under the plan's basic medical benefits provided for the following items or services:

1) Items and services that are not medically necessary or to the extent that they exceed the allowable amount or disallowed amounts.

2) Acupressure.

3) Air conditioners, air filters, heaters, humidifiers and other equipment that adjusts or regulates the interior environment. Homemaker services, such as meals, housekeeping or personal comfort items.

4) Routine checkups, or administration of injections, or other services to obtain employment or insurance, for medical research or required by a third party.

5) Continued Hospitalization. The cost of any service connected with hospitalization when an eligible employee or covered dependent remains in the hospital after continued hospitalization is no longer Medically Necessary.

6) Cosmetic Services. Reconstructive or plastic surgery which is performed to improve the physical appearance of a covered individual and which restores the appearance but does not correct or materially relieve a medical condition, except that the following shall not be deemed cosmetic: (a) surgery to correct congenital abnormalities; (b) surgery related to the correction of a functional birth defect; or (c) surgery necessitated by and following an injury sustained or other illness contracted. The term "Cosmetic" does not include certain gender affirming benefits as described above.

7) Custodial or convalescent care.

8) Drugs as follows:

   a) Drugs, devices or biologicals that have not been granted approval for use in humans or for the requested indication or dosage form by the United States Food and Drug Administration.

   b) Drugs, medicines, materials, or supplies for use on an outpatient basis except as otherwise provided herein.

   c) Specialty drugs that are not administered at a physician's office, ambulatory infusion suite, or patient's home (and delivered by a licensed home infusion therapy (HIT) provider), except for specialty oncology drugs or those otherwise designated by the Plan administrator.

***Note:* *The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.****

d) Drugs proposed for use in an anticancer chemotherapeutic regimen that have not been approved by the United States Food and Drug Administration for use for the member's forms of cancer unless:

i) the drug has been recognized for treatment for the eligible employee or covered dependent's form of cancer by the American Medical Association Drug Evaluation, by the United States Pharmacopoeia Drug Information, by the American Hospital Formulary Service Drug Information; or

ii) the drug has been recommended for the eligible employee or covered dependent's particular type of cancer and found to be safe and effective in formal clinical studies, the results of which have been published in a peer reviewed professional medical journal published in the United States or Great Britain.

9) Educational testing or therapy except testing to determine if a learning disability exists, including educational testing solely for the purpose of measuring academic achievement and aptitude. Treatment for learning disorders.

10) Experimental Procedures, including drugs, biologicals, medications, devices, diagnosis and treatments as defined as a treatment that fits within any of the criteria below, shall be considered Experimental within the meaning of the above definition and excluded:

a) Treatments that are presently being delivered pursuant to an ongoing Phase I or Phase II clinical trial except as described above in Other Services and Supplies;

b) Treatments that are presently being delivered pursuant to a written protocol that describes, among its objectives, determinations of safety in comparison to conventional alternatives, or toxicity;

c) Treatments that are presently being delivered subject to the approval and supervision by an Institutional Review Board as required and defined by the federal regulations, particularly those of the United States Food and Drug Administration or the Department of Health and Human Services; or

d) Treatments that are, in the discretion of the medical director of the plan administrator, found to be Experimental.

11) Eyeglasses (lenses and frames) and contact lenses, except the initial pair of eyeglasses or contact lenses following cataract surgery if lens implant has not been provided or as covered under the vision services.

12) Foot care that is not Medically Necessary for treatment of a covered medical condition.

13) Health care services for any injury or illness for which benefits, settlements, awards or damages are received or payable (or could reasonably be expected to be received or payable if the eligible employee or covered dependent was covered by insurance, and if a claim were made) under any federal, state, county or municipal workers' compensation law.

***Note:** The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.*

14) Health care services resulting from an eligible employee or covered dependent's participation in a riot or insurrection, or received while in the commission of a felony, or in the case of a minor, for an offense that would be a felony if committed by an adult. Services, supplies or other care required while incarcerated in a federal state or local penal institution or required while in custody of federal, state or local law enforcement authorities, including work release programs.

15) Health care services for any injury or illness to the extent that benefits, settlement, awards, or damages are received or payable (or could reasonably be expected to be received or payable if a claim were made) under:

    a) Any government program for which the government program is the primary payor. This does not apply to services covered by the Medicaid Program;

    b) Any federal, state, county, municipal or other government agency, including Medicare and the Veteran's Administration for service-connected disabilities;

    c) Medical benefits or liability coverage in automobile insurance or "no fault" insurance contracts; and

    d) The Medicare Program, where the Medicare Program is the primary payor. If the Lilly Health Plan provides such services to an eligible employee or covered dependent, the Lilly Health Plan is entitled to reimbursement from the eligible employee or covered dependent, or, if applicable, from that program for the value of such services at reasonable charges.

16) Homeopathic or naturopathic services or treatments.

17) Non-medical counseling services, including self-improvement programs, behavior modification classes, behavioral therapy, sex therapy, hypnotherapy, assertiveness training, stress management and other forms of nonmedical counseling.

18) Nutritional supplements, formulas and therapies that are primarily intended for weight control. Not excluded are formulas determined to be Medically Necessary for the treatment of phenylketonuria, eating disorders or other heritable diseases.

19) Orthotic Devices when not Medically Necessary. The device must be provided within the shoe in order to be covered. Corrective shoes for a child up to the sixth birthday or corrective shoes that are attached to a bar or brace are not excluded.

20) Pain clinics unless provided within a clinic or hospital setting and meeting eligible facility criteria.

21) Personal comfort items, including but not limited to barber and beauty services, telephones and television.

22) Positron Emission Tomography (PET) scans using Amyvid as a diagnostic agent except to the extent such services are performed consistent with criteria established by the Employee Benefits Committee.

23) Radial Keratotomy/Lasik (surgery to correct near/far sightedness, stigmatism and similar conditions).

***Note: The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***

24) Recreational, sleep, music, religious and other mental-health therapies determined not to be efficacious for treatment of mental health disorders.

25) Rehabilitation services unless Medically Necessary, that are primarily intended to improve the level of physical functioning for purposes of enhanced job, athletic or recreational performance, including but not limited to work hardening programs, back schools, and programs of general physical conditioning.

26) Reversal of voluntarily induced sterility (e.g., tubal ligation, vasectomy).

27) Services and costs relating to the biological mother of an adopted child, if the biological mother is not an eligible employee or covered dependent.

28) Services and Costs related to surrogate parenting.

29) Services for which no charge is normally made.

30) Services or prescription drugs not permitted under applicable state or local laws. Some state or local laws restrict the scope of health care services that a provider may render, or prescription drugs that a provider may prescribe. In such cases, the plan will not cover such health care services or prescription drugs unless an eligible employee or covered dependent travels to a state or locality without such a restriction to receive such care or prescription drugs.

31) Services relating to any injury or illness resulting from war or any act of war (declared or undeclared), or in the armed forces of any country if the eligible employee or covered dependent is currently in active duty and the eligible employee or covered dependent is covered by any government plan.

32) Sitter services and respite care as may be determined through case management under the plan.

33) Travel costs, even if ordered by a Physician, except those travel costs included under the Organ Transplant benefit, Centers of Excellence Program, and the Travel and Lodging benefit described above.

***Note:*** ***The information in this handbook applies to eligible employees of Eli Lilly and Company, Lilly USA, LLC, ImClone Systems LLC, Eli Lilly Clinical Diagnostics Laboratory LLC, and Lilly Lebanon Advanced Therapies LLC only. Employees of other Lilly subsidiaries are governed by their own benefit plans and programs. The handbook is subject to change at any time at the sole discretion of the company, and supersedes any prior handbooks or information regarding employment practices that are inconsistent with this handbook. In the event of any conflict between the information in this handbook and the official plan documents and contracts, the plan documents and contracts supersede all other documentation. Eli Lilly and Company. All rights reserved.***