**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | | |
|---|---|---|
| **MADELYN H. MILLER, on her own behalf and on behalf of all those similarly situated,** | ) | |
| **Plaintiff,** | ) | **Case No. 26-2508** |
| **vs.** | ) | |
| **ANTHEM INSURANCE COMPANIES, INC.,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Comes now Margaret E. Cunningham of the law firm of Strauss Troy Co., LPA, and enters her appearance in the above-captioned proceeding on behalf of Plaintiff, Madelyn H. Miller, on her own behalf and on behalf of all those similarly situated.

Respectfully submitted,

*/s/ Margaret E. Cunningham*
Margaret E. Cunningham
Strauss Troy Co., LPA
150 East Fourth Street, 4th Floor
Cincinnati, OH 45202-4018
mecunningham@strausstroy.com
Tel.: 513-621-2120
Fax.: 513-241-8259